## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| BRAIN-PAD, INC., | )<br>) |
| Defendant. | ) |

Civil Action No._____

### RULE 7.1 STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Innovative Patents, L.L.C. makes the following disclosure on behalf of said party:

1. The party has no parent corporation.

2. There is no publicly held corporation that owns 10% or more of the party's stock.

Dated:   October 29, 2007

PRICKETT, JONES & ELLIOTT, P.A.

By:_____
Elizabeth M. McGeever (#2057)
J. Clayton Athey (#4378)
1310 King Street, P.O. Box 1328
Wilmington, DE 19899-1328
emmcgeever@prickett.com
jcathey@prickett.com
Ph: (302) 888-6500
*Attorneys for Plaintiffs Innovative Patents, L.L.C. and Forcefield, LLC*

Of Counsel:

Joseph J. Fleischman, Esq.
William R. Robinson, Esq.
Davy E. Zoneraich, Esq.
NORRIS MCLAUGHLIN & MARCUS, P.A
P.O. Box 1018
Somerville, New Jersey 08876-1018
Ph: (908) 722-0700