IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-680 |
| BRAIN-PAD, INC., | ) ) ) | **DEMAND FOR JURY TRIAL** |
| Defendant. | ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Joseph J. Fleischman, Esquire, William R. Robinson, Esquire and Davy E. Zoneraich, Esquire to represent Plaintiffs, Innovative Patents, L.L.C. and Forcefield, LLC, in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

By: /s/ Elizabeth M. McGeever
Elizabeth M. McGeever (#2057)
J. Clayton Athey (#4378)
1310 King Street, P.O. Box 1328
Wilmington, DE 19899-1328
emmcgeever@prickett.com
jcathey@prickett.com
Ph: (302) 888-6500
*Attorneys for Plaintiffs Innovative Patents, L.L.C. and Forcefield, LLC*

Dated: November 7, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Joseph J. Fleischman, Esquire, William R. Robinson, Esquire and Davy E. Zoneraich, Esquire is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey, U.S. District Court, District of New Jersey, U.S. Court of Appeals, Second, Third, Ninth, and Federal Circuits, and U.S. Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 10/31/07

Joseph J. Fleischman, Esquire
Norris McLaughlin & Marcus, P.A.
721 Route 202-206
Bridgewater, NJ 08807
Phone: (908) 722-0700
Fax: (908) 722-0755

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New Jersey and New York, U.S. District Court, District of New Jersey, U.S. District Court, Southern & Eastern Districts of New York, U.S. Court of Appeals for the Federal Circuit, U.S. Supreme Court, and U.S. Patent and Trademark Office and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: Oct. 31, 2007

William R. Robinson, Esquire
Norris McLaughlin & Marcus, P.A.
721 Route 202-206
Bridgewater, NJ 08807
Phone: (908) 722-0700
Fax: (908) 722-0755

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New Jersey and New York, U.S. District Court, District of New Jersey, U.S. District Court, Southern and Eastern Districts of New York, and U.S. Patent and Trademark Office and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 10/31/07

Davy E. Zonferaich, Esquire
Norris McLaughlin & Marcus, P.A.
721 Route 202-206
Bridgewater, NJ 08807
Phone: (908) 722-0700
Fax: (908) 722-0755