## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07- 680-*** |
| | ) ) | **DEMAND FOR JURY TRIAL** |
| BRAIN-PAD, INC., | ) ) | |
| Defendant. | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                                      : ss
NEW CASTLE COUNTY    :

J. CLAYTON ATHEY being duly sworn according to law deposes and says:

1.    I am an attorney with the law firm of Prickett, Jones & Elliott, P.A., and counsel to the plaintiffs, Innovative Patents, L.L.C. and Forcefield, LLC in this action.

2.    Pursuant to 10 *Del. C.* § 3104, I caused service to be made upon the defendant Brain-Pad, Inc., by serving the Summons and a copy of the Complaint upon the Secretary of State for the State of Delaware on November 15, 2007. I thereafter filed the Return of Service on the Secretary of State with this Court. (D.I. 8)

3.    On November 16, 2007, I caused to be mailed to Brain-Pad, Inc., a registered letter explaining that service of process on the Secretary of State was as effectual as if personal service had been made on the corporation and transmitted with that letter copies of the Complaint, Summons and related suit papers showing that service had, in fact, been made upon

the Delaware Secretary of State. A copy of that letter and the receipt showing that the letter was

mailed is attached hereto as Exhibit A.

    4.    On November 26, 2007, I received in the mail the signed Return Receipt form

indicating that the November 16, 2007 mailings had been accepted. A copy of the Return

Receipt form is attached hereto as Exhibit B.

PRICKETT, JONES & ELLIOTT, P.A.

By:                    

            Elizabeth M. McGeever (#2057)
            J. Clayton Athey (#4378)
            1310 King Street, P.O. Box 1328
            Wilmington, DE 19899-1328
            emmcgeever@prickett.com
            jcathey@prickett.com
            Ph: (302) 888-6500
            *Attorneys for Plaintiffs Innovative Patents,*
            *L.L.C. and Forcefield, LLC*

Dated: November 27, 2006

SWORN AND SUBSCRBED before me
this _27th_ day November, 2007.

Notary Public

My Commission Expires

DONNA M. THOMPSON
New Castle County
My Commission Expires Aug. 4, 2009

**Exhibit A**

# PRICKETT, JONES & ELLIOTT

A PROFESSIONAL ASSOCIATION

**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
**TEL: (302) 888-6500**
**FAX: (302) 658-8111**
**http://www.prickett.com**

Writer's Direct Dial:
(302)888-6507
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
JCATHEY@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

November 16, 2007

## VIA REGISTERED MAIL

Brain-Pad, Inc.
322 Fayette Street
Conshohocken, PA  19428

> **RE:**   **INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, v.**
> **BRAIN-PAD, INC., Civil Action No. 07-680**

Dear Sir or Madam:

This letter constitutes notice pursuant to 10 Del. C. § 3104 that suit has been instituted against Brain-Pad, Inc., in the United States District Court for the District of Delaware.

Please be advised that the Summons, Complaint and related suit papers have been served upon the Secretary of State of the State of Delaware.  Under the provisions of 10 Del. C. § 3104, this service is effective for all intents and purposes as if it had been made upon Brain-Pad, Inc., personally within this State.

Enclosed is a copy of the Summons, Complaint and related suit papers as served on the Secretary of State on November 15, 2007, which explains the basis of the lawsuit.

Very truly yours,

J. Clayton Athey

JCA/sam
Enclosures

20368.1\351988v1

| Registered No. | | Date Stamp |
|---|---|---|
| **RA 614 322 483US** | | |

| | Reg. Fee $ 9.50 | Special Delivery $ |
|---|---|---|
| To Be Completed By Post Office | Handling Charge $ | Return Receipt $ |
| | Postage $ 1.48 | Restricted Delivery $ |
| | Received by | |

| | Customer Must Declare Full Value $ | With Postal Insurance |
|---|---|---|
| | | ☒ Without Postal Insurance |

Domestic Insurance is Limited To $25,000; International Indemnity is Limited To (See Reverse)

| To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed | FROM | J. Clayton Athey, Esq. Prickett, Jones & Elliott, P.A. 1310 King St. Wilmington, DE 19899 |
|---|---|---|
| | TO | BRAIN-PAD, INC. 322 FAYETTE STREET CONSHOHOCKEN, PA 19428 |

PS Form **3806**, February 1995    **Receipt for Registered Mail**    (Customer Copy) (See Information on Reverse)

**Exhibit B**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by ( *Printed Name* ) J. OConnell  C. Date of Delivery 11/20 PC |
| 1. Article Addressed to: <br><br> **BRAIN-PAD, INC.** <br> **322 FAYETTE STREET** <br> **CONSHOHOCKEN, PA   19428** | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
|  | 3. Service Type <br> ☐ Certified Mail  ☒ Express Mail <br> ☒ Registered  ☒ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*)  **RA 614 322 483 US** | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4 in this box ●

J. CLAYTON ATHEY, ESQUIRE
PRICKETT, JONES & ELLIOTT, P.A.
LAW OFFICES
1310 KING STREET, BOX 1328
WILMINGTON, DELAWARE  19899