IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C., and FORCEFIELD, LLC, | : : C. A. No. 07-680-*** : |
| Plaintiffs, | : DEMAND FOR JURY TRIAL : |
| v. | : : |
| BRAIN-PAD, INC., | : : |
| Defendant. | : |

## STIPULATION EXTENDING TIME FOR ANSWER

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective attorneys, that the time within which Defendant may serve its Answer or otherwise move as to the Complaint is hereby extended until January 4, 2008.

PRICKETT, JONES & ELLIOTT, P.A.

/s/ J. Clayton Athey
Elizabeth M. McGeever (#2057)
J. Clayton Athey (#4378)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
emmcgeever@pricket.com
jcathey@prickett.com
Attorneys for Plaintiffs
Innovative Patents, L.L.C. and
Forcefield, LLC

Of Counsel:
Joseph J. Fleischman, Esquire
William R. Robinson, Esquire
Davy E. Zoneraich, Esquire
Norris, McLaughlin & Marcus, P.A.
P.O. Box 1018
Somerville, NJ 08876-1018
(908) 722-0700

Dated: 12/5/07

ARCHER & GREINER, P.C.

/s/ Charles J. Brown, III
Charles J. Brown, III (#3368)
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
(302) 356-6621
cbrown@archerlaw.com
Attorney for Defendant
Brain-Pad, Inc.

Dated: 12/5/07

2996891v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C., and FORCEFIELD, LLC, | : : : C. A. No. 07- 680- *** |
| Plaintiffs, | : : DEMAND FOR JURY TRIAL |
| v. | : : |
| BRAIN-PAD, INC., | : : |
| Defendant. | : |

### ORDER

SO ORDERED this _____ day of _____, 2007 that Defendant is GRANTED an extension of time to Answer or otherwise move as to the Complaint until January 4, 2008.

_____
United States District Judge

2996891v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C., and FORCEFIELD, LLC, | C. A. No. 07-680-*** |
| Plaintiffs, | DEMAND FOR JURY TRIAL |
| v. | |
| BRAIN-PAD, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY certify that on this date, I caused true and correct copies of the foregoing documents to be served via CM/ECF and email upon the following:

Elizabeth M. McGeever, Esq.
J. Clayton Athey, Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801

                                                    /s/ Charles J. Brown, III (No. 3368)
                                                    Charles J. Brown, III (No. 3368)

Dated: December 5, 2007

2996891v1