IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C., and FORCEFIELD, LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>                Defendant. | CASE NUMBER: 07 - 680 *** |

**MOTION FOR PRO HAC VICE ADMISSION OF
JOHN F. LETCHFORD, ESQUIRE**

Pursuant to Local Rule 83.5 and the attached Certification counsel moves the admission *pro hac vice* of John F. Letchford, Esquire, to represent Defendant, Brain-Pad, Inc., in the above-captioned matter.

                                    ARCHER & GREINER, P.C.

                                    BY: /s/ Charles J. Brown, III
                                    CHARLES J. BROWN, III (Bar ID #3368)
                                    300 Delaware Avenue, Suite 1370
                                    Wilmington, DE 19801
                                    (302) 356-6621
                                    cbrown@archerlaw.com
                                    Attorneys for Defendant,
                                    Brain-Pad, Inc.

Dated: *December 17*, 2007

2999640v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C., and FORCEFIELD, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BRAIN-PAD, INC., <br><br> Defendant. | CASE NUMBER: 07 - 680 *** |

**CERTIFICATION OF JOHN F. LETCHFORD IN SUPPORT OF
MOTION FOR PRO HAC VICE ADMISSION**

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to the Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this Motion.

JOHN F. LETCHFORD (PA Bar ID 77000)
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
(856) 795-2121
jletchford@archerlaw.com

Dated: December 6, 2007

3000019v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C., and FORCEFIELD, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>Defendant. | CASE NUMBER: 07 - 680 *** |

**ORDER FOR ADMITTANCE PRO HAC VICE
OF JOHN F. LETCHFORD, ESQUIRE**

Upon consideration of the Motion presented to this Court, **IT IS HEREBY ORDERED** that counsel's Motion for Admission *Pro Hac Vice* of John F. Letchford is hereby **GRANTED**.

_____
United States District Judge

Dated: _____

3000071v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C., and FORCEFIELD, LLC,<br><br>           Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>           Defendant. | CASE NUMBER: 07 - 680 *** |

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused true and correct copies of the foregoing Motion for Pro Hac Vice to be served on this date via first class mail, postage prepaid upon the following:

Elizabeth M. McGeever
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899


Dated:  December 17, 2007          */s/ Charles J. Brown, III*
                                                                                   Charles J. Brown, III (No. 3368)