# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C. A. No. 07-680-*** |
| | : |
| BRAIN-PAD, INC., | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **23rd** day of **January, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, January 30, 2008 at 8:00 a.m.** with Magistrate Judge Thynge. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE