IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Innovative Patents, L.L.C. and Forcefield, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Brain-Pad, Inc., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-680-*** <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' MOTION TO DISMISS COUNT II OF DEFENDANT'S COUNTERCLAIM PURSUANT TO F.R.C.P. 12(b)(6)

Plaintiffs Innovative Patents, L.L.C., and Forcefield, LLC, by and through their undersigned counsel, hereby move to dismiss Count II of the Counterclaims filed by defendant Brain-Pad, Inc., in this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are more fully explained in the Brief In Support of Plaintiffs' Motion to Dismiss Count II of Defendant's Counterclaim Pursuant to F.R.C.P. 12(b)(6), filed herewith.

Dated: January 24, 2008

OF COUNSEL:

Joseph J. Fleischman
William R. Robinson
Mark A. Montana
NORRIS McLAUGHLIN & MARCUS, P.A
P.O. Box 1018
Somerville, New Jersey 08876-1018
Ph: (908) 722-0700

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
Elizabeth M. McGeever (#2057)
J. Clayton Athey (#4378)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
emmcgeever@prickett.com
jcathey@prickett.com
Ph: (302) 888-6500
*Attorneys for Plaintiffs Innovative Patents, L.L.C., and Forcefield, LLC*

20289.1.\358452v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Innovative Patents, L.L.C. and Forcefield, LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Brain-Pad, Inc., )<br>)<br>Defendant. ) | Civil Action No. 07-680-*** |

**ORDER GRANTING PLAINTIFFS' MOTION TO
DISMISS COUNT II OF DEFENDANT'S COUNTERCLAIM**

IT IS HEREBY ORDERED this ____ day of _____, 2008 that the motion of plaintiffs Innovative Patents, L.L.C., and Forcefield, LLC, to dismiss Count II of defendant's Counterclaim is GRANTED, and Count II of defendant's Counterclaim is DISMISSED with prejudice.

_____
United States District Judge

20289.1\358452v1