IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Innovative Patents, L.L.C. and Forcefield, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-680-*** |
| Brain-Pad, Inc., | ) ) ) | |
| Defendant. | ) | |

## REPLY TO COUNTERCLAIMS

Plaintiffs Innovative Patents, L.L.C., and Forcefield, LLC ("Plaintiffs"), by way of reply to the counterclaims of defendant Brain-Pad, Inc. ("Brain-Pad"), say:

1.  Plaintiffs deny the allegations of paragraph 1 of the Counterclaims except to admit that the Counterclaims appear to be based upon patent laws of the United States, Title 35, United States Code.

2.  Plaintiffs deny the allegations of paragraph 2 of the Counterclaims except to admit that the Counterclaims appear to, in part, seek declaratory judgment under 28 U.S.C. § 2201.

3.  Plaintiffs deny the allegations of Paragraph 3 of the Counterclaims.

4.  Plaintiffs admit that venue over this litigation is proper but otherwise deny the allegations of Paragraph 4.

## AS TO COUNT I

5.  Plaintiffs repeat, re-allege and incorporate by reference the responses to Paragraphs 1-4 of the Counterclaims as though fully set forth herein.  In response to Paragraph 5

20368.1\358217v1

of the Counterclaims, Plaintiffs admit that Brain-Pad has incorporated by reference paragraphs 1-3 of Plaintiffs' Complaint. Plaintiffs state that, in so doing, Brain-Pad has admitted the allegations of Paragraphs 1-3 of Plaintiffs' Complaint.

6. Plaintiffs admit that in Paragraph 6 of the Counterclaims Brain-Pad incorporates by reference paragraphs 9-11 of Plaintiffs' Complaint. Plaintiffs state that, in so doing, Brain-Pad has admitted the allegations of Paragraphs 9-11 of Plaintiffs' Complaint, including that U.S. Patent 7,234,174 (the "'174 Patent") was legally and duly granted.

7. In answering Paragraph 7 of the Counterclaims, Plaintiffs admit that the Complaint alleges that Brain-Pad has infringed, and continues to infringe, the '174 Patent. Plaintiffs admit that Brain-Pad has denied infringement of the '174 Patent. Further, Plaintiffs deny that Brain-Pad has denied that the '174 Patent is valid and enforceable.

8. To the extent that Brain-Pad alleges in Paragraph 8 of the Counterclaims that an actual and justiciable controversy exists between Plaintiffs and Brain-Pad with respect to Brain-Pad's infringement of the '174 Patent, Plaintiffs admit these allegations. Plaintiffs deny any other allegations of Paragraph 8 of the Counterclaims.

9. Plaintiffs deny the allegations of Paragraph 9 of the Counterclaims.

10. Plaintiffs deny the allegations of Paragraph 10 of the Counterclaims.

11. In answering Paragraph 11 of the Counterclaims, Plaintiffs admit that Plaintiffs filed a complaint alleging infringement of the '174 Patent by Brain-Pad. Plaintiffs deny any other allegations of Paragraph 11 of the Counterclaims.

## AS TO COUNT II

Plaintiff moves to dismiss the allegations of Paragraphs 12 through 19 of the Counterclaims for the reasons stated in Plaintiffs' Motion to Dismiss Count II of Defendant's Counterclaim Pursuant to F.R.C.P. 12(b)(6) filed January 24, 2008 and the brief filed in support thereof.

### FIRST AFFIRMATIVE DEFENSE

Brain-Pad's Counterclaims fail to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs have not conducted anticompetitive actions with respect to this lawsuit and/or the '174 Patent.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs have not violated the anti-trust laws.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs have not taken any action, violated any laws or participated in any willful conduct that would entitle Brain-Pad to any special damages, treble damages or punitive damages or exemplary damages, or costs of suit or reasonable attorney fees.

### FIFTH AFFIRMATIVE DEFENSE

Brain-Pad filed a claim for a declaratory judgment of invalidity and unenforceability of the '174 Patent to harass Plaintiffs, to deter Plaintiffs and others from competing with Brain-Pad, and to cause Plaintiffs needless litigation expense, regardless of the outcome of the action.

WHEREFORE, Plaintiffs demand judgment in their favor dismissing Brain-Pad's Counterclaims, denying all relief request by Brain-Pad, granting Plaintiffs the relief requested in the Complaint, and granting such other and further relief as this Court deems just and proper.

DATED: January 24, 2008

                                                                  PRICKETT, JONES & ELLIOTT, P.A.

By: _____
Elizabeth M. McGeever (#2057)
J. Clayton Athey (#4378)
1310 King Street, P.O. Box 1328
Wilmington, DE 19899-1328
emmcgeever@prickett.com
jcathey@prickett.com
Ph: (302) 888-6500
*Attorneys for Plaintiffs*
*Innovative Patents, L.L.C. and Forcefield, LLC*

OF COUNSEL:

Joseph J. Fleischman
William R. Robinson
Mark A. Montana
NORRIS McLAUGHLIN & MARCUS, P.A
P.O. Box 1018
Somerville, New Jersey 08876-1018
Ph: (908) 722-0700