Writer's Direct Dial:
(302)888-6507
Writer's Telecopy Number:
(302)658-8111
Writer's E-Mail Address:
JCATHEY@prickett.com

**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

January 25, 2008

Clerk
U.S. District Court
District of Delaware
Attn: ECF Registration
Room 4209, Lockbox 18
844 N. King Street
Wilmington, DE  19801

   RE: *Innovative Patents, L.L.C. et al v. Brain-Pad, Inc.*, C.A. No. 07-680-***

To Whom It May Concern:

  This is to advise that Davy E. Zoneraich, Esquire is no longer associated with the firm Norris, McLaughlin & Marcus, P.A., in Bridgewater, NJ and has terminated his involvement in this case.  Please delete Mr. Zoneraich's name from the electronic docket.

  Thank you.

              Sincerely,

              J. Clayton Athey
              DE Bar ID #4378

JCA/sam

20368.1\358608v1