IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-680-JJF-MPT |
| BRAIN-PAD, INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER
CONSENTING TO EXERCISE OF JURISDICTION**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties, subject to the approval of the Court, that in accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties in this case consent to have United States Magistrate Judge Mary Pat Thynge conduct any and all proceedings in this matter, including ADR/mediation, pretrial proceedings, trial, entry of a final judgment, and all post-judgment proceedings. The parties understand that by their consent, there will be no review of proceedings in this matter by a District Court Judge. The parties further understand that appeal from a judgment entered by a Magistrate Judge shall be taken directly to the United States Courts of Appeals in the same manner as an appeal from any other judgment in this District Court.

| PRICKETT, JONES & ELLIOTT, P.A. | ARCHER & GREINER, P.C. |
|---|---|
| By: /s/ J. Clayton Athey | By: /s/ Charles J. Brown, III |
| Elizabeth M. McGeever (#2057) | Charles J. Brown, III (#3368) |
| J. Clayton Athey (#4378) | 300 Delaware Avenue |
| 1310 King Street, P.O. Box 1328 | Suite 1370 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19801 |
| emmcgeever@prickett.com | cbrown@archerlaw.com |
| jcathey@prickett.com | PH: (302) 777-4350 |
| PH: (302) 888-6500 | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

IT IS HEREBY ORDERED this ____ day of _____, 2008.

_____<br>UNITED STATES DISTRICT JUDGE