**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6507
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
JCATHEY@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

February 8, 2008

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Mary Pat Thynge
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 18901

      RE:   <u>*Innovative Patents, L.L.C. et al v. Brain-Pad, Inc.*, C.A. No. 07-680-JJF-MPT</u>

Dear Judge Thynge:

      As Your Honor directed during the scheduling conference last Wednesday, January 30, 2008, in the above-referenced matter, we are filing herewith a form of order that the parties believe reflects the letter of the court's ruling granting in part and denying in part plaintiffs' Motion to Dismiss Count II of defendant's counterclaim. If it meets with Your Honor's approval, we respectfully request that it be entered as an Order.

      Respectfully,

      J. Clayton Athey
      DE Bar #4378

JCA/sam
Enclosure

cc:   Clerk of Court (*via Electronic Filing*)
      Charles J. Brown, III, Esquire (*via Electronic Filing*)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC,<br><br>   Plaintiffs,<br><br> v.<br><br>BRAIN-PAD, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-680-JJF-MPT<br>)<br>)<br>)<br>) |

## ORDER

IT IS HEREBY ORDERED, this _____ day of _____, 2008, that Plaintiffs' Motion to Dismiss Count II of Defendant's Counterclaim (D.I. 21) is granted in part and denied in part, as follows:

1. Plaintiffs' Motion to Dismiss Count II of the Counterclaim asserting inequitable conduct and misuse of the U.S. Patent No. 7,234,174 is GRANTED in part and DENIED in part without prejudice to the defendant filing an amended counterclaim.

2. Defendant must file an amended Counterclaim no later than February 19, 2008.

                _____
                United States Magistrate Judge