## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 07-680-JJF-MPT ) |
| BRAIN-PAD, INC., | ) ) ) |
| Defendant. | ) |

### ORDER

IT IS HEREBY ORDERED, this _11_ day of _February_, 2008, that Plaintiffs' Motion to Dismiss Count II of Defendant's Counterclaim (D.I. 21) is granted in part and denied in part, as follows:

1. Plaintiffs' Motion to Dismiss Count II of the Counterclaim asserting inequitable conduct and misuse of the U.S. Patent No. 7,234,174 is GRANTED in part and DENIED in part without prejudice to the defendant filing an amended counterclaim.

2. Defendant must file an amended Counterclaim no later than February 19, 2008.

United States Magistrate Judge