IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C., and FORCEFIELD, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>        Defendant. | C.A. No. 07-680-MPT |

## NOTICE OF SERVICE

I hereby certify that on the 5th day of March, 2008, a true and correct copy of **PLAINTIFFS INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC's FIRST SET OF INTERROGATORIES TO DEFENDANT, BRAIN-PAD, INC.** was served upon the below-named counsel of record at the address and in the manner indicated:

### VIA HAND DELIVERY

Charles J. Brown, III, Esq.
Archer & Greiner, P.C.
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801

        PRICKETT, JONES & ELLIOTT, P.A.

        By: _____
        Elizabeth M. McGeever (#2057)
        J. Clayton Athey (#4378)

OF COUNSEL:

Joseph J. Fleischman
William R. Robinson
NORRIS McLAUGHLIN & MARCUS, P.A
P.O. Box 1018
Somerville, New Jersey 08876-1018
Ph: (908) 722-0700

1310 King Street, P.O. Box 1328
Wilmington, DE 19899-1328
emmcgeever@prickett.com
jcathey@prickett.com
Ph: (302) 888-6500
*Attorneys for Plaintiffs Innovative Patents, L.L.C. and Forcefield, LLC*

Dated: March 5, 2008

9999.9999\362665v1