## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

INNOVATIVE PATENTS, L.L.C., )
and FORCEFIELD, LLC, )
                               )
                  Plaintiffs, )
                               )
      v.                             )      C.A. No. 07-680-MPT
                               )
BRAIN-PAD, INC.,                 )      **DEMAND FOR JURY TRIAL**
                               )
                  Defendant. )

### STIPULATION EXTENDING TIME FOR
### REPLY TO AMENDED COUNTERCLAIMS

        **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective attorneys, that the time within which Plaintiffs may serve their Reply to Defendant's Amended Counterclaims is hereby extended to and including March 17, 2008.

PRICKETT, JONES & ELLIOTT, P.A.       ARCHER & GREINER, P.C.

By:    _/s/ J. Clayton Athey_               By:    _/s/ Charles J. Brown, III_
       Elizabeth M. McGeever (#2057)            Charles J. Brown, III (#3368)
       J. Clayton Athey (#4378)                  300 Delaware Avenue
       1310 King Street                         Suite 1370
       Wilmington, DE 19801                Wilmington, DE 19801
       (302) 888-6500                           (302) 356-6621
       emmcgeever@prickett.com            cbrown@archerlaw.com
       jcathey@prickett.com                _Attorney for Defendant,_
       _Attorneys for Plaintiffs Innovative Patents,_     _Brain-Pad, Inc._
       _L.L.C. and Forcefield, LLC_

       OF COUNSEL:
       Joseph J. Fleischman, Esquire
       William R. Robinson, Esquire
       NORRIS McLAUGHLIN & MARCUS, P.A
       P.O. Box 1018
       Somerville, New Jersey 08876-1018
       (908) 722-0700

Dated: March 6, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INNOVATIVE PATENTS, L.L.C.,<br>and FORCEFIELD, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-680-MPT |
| | ) | |
| BRAIN-PAD, INC., | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS SO ORDERED** this _____ day of _____, 2008 that Plaintiffs

are GRANTED an extension of time to Reply to Defendant's Amended Counterclaims until

March 17, 2008.

_____

United States Magistrate Judge

20368.1\362533v1