IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C., and FORCEFIELD, LLC, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BRAIN-PAD, INC., )<br>)<br>Defendant. ) | C.A. No. 07-680-MPT<br><br>**DEMAND FOR JURY TRIAL** |

**STIPULATION EXTENDING TIME FOR
REPLY TO AMENDED COUNTERCLAIMS**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective attorneys, and subject to the Order of the Court, that the time within which Plaintiffs may serve their Reply to Defendant's Amended Counterclaims, due March 7, 2008, is extended to and including March 17, 2008.

PRICKETT, JONES & ELLIOTT, P.A.

By: /s/ J. Clayton Athey
Elizabeth M. McGeever (#2057)
J. Clayton Athey (#4378)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
emmcgeever@prickett.com
jcathey@prickett.com
*Attorneys for Plaintiffs Innovative Patents,
L.L.C. and Forcefield, LLC*

OF COUNSEL:
Joseph J. Fleischman, Esquire
William R. Robinson, Esquire
NORRIS McLAUGHLIN & MARCUS, P.A
P.O. Box 1018
Somerville, New Jersey 08876-1018
(908) 722-0700

ARCHER & GREINER, P.C.

By: /s/ Charles J. Brown, III
Charles J. Brown, III (#3368)
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
(302) 356-6621
cbrown@archerlaw.com
*Attorney for Defendant,
Brain-Pad, Inc.*

Dated: March 6, 2008

20368.1\362533v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INNOVATIVE PATENTS, L.L.C., and FORCEFIELD, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-680-MPT |
| BRAIN-PAD, INC., | ) ) | **DEMAND FOR JURY TRIAL** |
| Defendant. | ) ) | |

## ORDER

**IT IS SO ORDERED** this _____ day of _____, 2008 that Plaintiffs are **GRANTED** an extension of time to Reply to Defendant's Amended Counterclaims, originally due March 7, 2008, until March 17, 2008.

_____
United States Magistrate Judge

20368.1\362533v1