IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C., and FORCEFIELD, LLC,  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>BRAIN-PAD, INC.,  )<br>)<br>Defendant.  ) | C.A. No. 07-680-MPT<br><br>**DEMAND FOR JURY TRIAL** |

## ORDER

IT IS SO ORDERED this __6__ day of __March__, 2008 that Plaintiffs are **GRANTED** an extension of time to Reply to Defendant's Amended Counterclaims, originally due March 7, 2008, until March 17, 2008.

_____
United States Magistrate Judge