IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C., and FORCEFIELD, LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>                Defendant. | C.A. No. 07-680-MPT |

**NOTICE OF SERVICE**

    I, the undersigned counsel for Plaintiffs, Innovative Patents, L.L.C. and Forcefield, LLC, do hereby certify on this 13th day of March, 2008, that I caused one copy of PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, and this NOTICE OF SERVICE to be served by hand delivery to counsel for defendants at the following address:

        Charles J. Brown, III, Esq.
        Archer & Greiner, P.C.
        300 Delaware Avenue
        Suite 1370
        Wilmington, DE  19801

                PRICKETT, JONES & ELLIOTT, P.A.

                By: _____
                Elizabeth M. McGeever (#2057)

OF COUNSEL:

Joseph J. Fleischman
William R. Robinson
NORRIS McLAUGHLIN & MARCUS, P.A
P.O. Box 1018
Somerville, New Jersey 08876-1018
Ph: (908) 722-0700

Dated:  March 13, 2008

                J. Clayton Athey (#4378)
                1310 King Street, P.O. Box 1328
                Wilmington, DE 19899-1328
                emmcgeever@prickett.com
                jcathey@prickett.com
                Ph: (302) 888-6500
                *Attorneys for Plaintiffs Innovative Patents, L.L.C., and Forcefield, LLC*

20368.1\363691v1