IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C., and FORCEFIELD, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>      Defendant. | C.A. No. 07-680-MPT |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Plaintiffs' Rule 26(a)(1) Initial Disclosures were served in the following manner on March 17, 2008:

**VIA EMAIL**
Charles J. Brown, III, Esq.
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
cbrown@archerlaw.com

**VIA FEDERAL EXPRESS OVERNIGHT**
John C. Connell, Esq.
John F. Letchford, Esq.
Stephanie A. Gannon, Esq.
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033


PRICKETT, JONES & ELLIOTT, P.A.


By: _____
Elizabeth M. McGeever (#2057)
J. Clayton Athey (#4378)
1310 King Street, P.O. Box 1328
Wilmington, DE 19899-1328
emmcgeever@prickett.com
jcathey@prickett.com
Ph: (302) 888-6500
*Attorneys for Plaintiffs Innovative Patents, L.L.C., and Forcefield, LLC*

OF COUNSEL:

Joseph J. Fleischman
William R. Robinson
NORRIS McLAUGHLIN & MARCUS, P.A
P.O. Box 1018
Somerville, New Jersey 08876-1018
Ph: (908) 722-0700

Dated: March 17, 2008

20368.1\361508v1