IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 1:07-cv-00680-MPT<br><br><br><br><br><br>**Document Electronically Filed** |

**NOTICE OF SERVICE OF DEFENDANT'S FIRST SET OF DOCUMENT REQUESTS DIRECTED TO PLAINTIFFS**

Please take notice that on March 21, 2008, a true and correct copy of Brain-Pad, Inc.'s First Set of Document Requests, was served via electronic mail upon:

Joseph J. Fleischman, Esquire
William R. Robinson, Esquire
Norris McLaughlin & Markus, PA
P.O. Box 1018
Somerville, NJ 08876
jjfleischman@nmmlaw.com
wrrobinson@nmmlaw.com

J. Clayton Athey, Esquire
Elizabeth M. McGeever, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
JCAthey@Prickett.com
emmcgeever@prickett.com

[SIGNATURE PAGE TO FOLLOW]

ARCHER & GREINER, P.C.

*/s/ Charles J. Brown, III*
Charles J. Brown, III, Esq. (DE-3368)
cbrown@archerlaw.com
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
Telephone:   (302) 777-4350
Facsimile:    (302) 777-4352

and

John C. Connell, Esquire
jconnell@archerlaw.com
John F. Letchford, Esquire
jletchford@archerlaw.com
Stephanie A. Gannon, Esquire
sgannon@archerlaw.com
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
Telephone:   (856) 795-2121
Facsimile:    (856) 795-0574

Attorneys for Defendant, Brain-Pad, Inc.

Dated: March 21, 2008
3177801v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BRAIN-PAD, INC., <br><br> Defendant. | Civil Action No. 1:07-cv-00680-MPT <br><br><br> **Document Electronically Filed** |

**CERTIFICATE OF SERVICE OF DEFENDANT'S FIRST SET OF DOCUMENT REQUESTS DIRECTED TO PLAINTIFFS**

I HEREBY certify that on March 21, 2008, I caused a true and correct copy of Brain-Pad, Inc.'s First Set of Document Requests, to be served via electronic mail upon the following:

Joseph J. Fleischman, Esquire
William R. Robinson, Esquire
Norris McLaughlin & Markus, PA
P.O. Box 1018
Somerville, NJ 08876
jjfleischman@nmmlaw.com
wrrobinson@nmmlaw.com

J. Clayton Athey, Esquire
Elizabeth M. McGeever, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
JCAthey@Prickett.com
emmcgeever@prickett.com

[SIGNATURE PAGE TO FOLLOW]

ARCHER & GREINER, P.C.

*/s/ Charles J. Brown, III*
Charles J. Brown, III, Esq. (DE-3368)
cbrown@archerlaw.com
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
Telephone:     (302) 777-4350
Facsimile:      (302) 777-4352

and

John C. Connell, Esquire
jconnell@archerlaw.com
John F. Letchford, Esquire
jletchford@archerlaw.com
Stephanie A. Gannon, Esquire
sgannon@archerlaw.com
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
Telephone:     (856) 795-2121
Facsimile:      (856) 795-0574

Attorneys for Defendant, Brain-Pad, Inc.

Dated: March 21, 2008