IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 1:07-cv-00680-MPT<br><br><br><br>**Document Electronically Filed** |

## NOTICE OF SERVICE OF DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that on April 18, 2008, a true and correct copy of Brain-Pad, Inc.'s Responses to Plaintiffs' First Request for Production of Documents and privilege log pursuant to Fed. R. Civ. P. 26 and 34 and Local (D.Del.) Civ. R. 34.1, were served via federal express upon:

Joseph J. Fleischman, Esquire
Norris McLaughlin & Markus, PA
P.O. Box 1018
Somerville, NJ 08876
jjfleischman@nmmlaw.com
(via hard copy and DVD)

J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
JCAthey@Prickett.com (via DVD)

ARCHER & GREINER, P.C.

_/s/ Charles J. Brown, III_
Charles J. Brown, III, Esq. (DE-3368)
cbrown@archerlaw.com
300 Delaware Avenue
Suite 1370
Wilmington , DE  19801
Telephone:	(302) 777-4350
Facsimile:	(302) 777-4352

John C. Connell, Esquire
jconnell@archerlaw.com
John F. Letchford, Esquire
jletchford@archerlaw.com
Stephanie A. Gannon, Esquire
sgannon@archerlaw.com     .
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
Telephone:	(856) 795-2121
Facsimile:	(856) 795-0574

Attorneys for Defendant, Brain-Pad, Inc.

Dated: April 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, a true and correct copy of the foregoing Notice of Service of Defendant's Responses to Plaintiffs' First Request for Production of Documents and privilege log pursuant to Fed. R. Civ. P. 26 and 34 and Local (D.Del.) Civ. R. 34.1, were served via electronic mail upon:

Joseph J. Fleischman, Esquire
Norris McLaughlin & Markus, PA
P.O. Box 1018
Somerville, NJ 08876
jjfleischman@nmmlaw.com

J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
JCAthey@Prickett.com

Dated: April 18, 2008                    ARCHER & GREINER, P.C.

/s/ Charles J. Brown, III
Charles J. Brown, III, Esq. (DE-3368)
cbrown@archerlaw.com
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
Telephone:   (302) 777-4350
Facsimile:   (302) 777-4352

John C. Connell, Esquire
jconnell@archerlaw.com
John F. Letchford, Esquire
jletchford@archerlaw.com
Stephanie A. Gannon, Esquire
sgannon@archerlaw.com
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
Telephone:   (856) 795-2121
Facsimile:   (856) 795-0574
*Attorneys for Defendant, Brain-Pad, Inc.*