IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C., and FORCEFIELD, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BRAIN-PAD, INC., <br><br> Defendant. | C.A. No. 07-680-MPT |

## NOTICE OF SERVICE

I, the undersigned counsel for Plaintiffs Innovative Patents, L.L.C. and Forcefield, LLC, do hereby certify on this 25th day of April, 2008, that I caused one copy of PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF DOCUMENT REQUESTS TO PLAINTIFFS, and this NOTICE OF SERVICE to be served by hand delivery to counsel for defendants at the following address:

> Charles J. Brown, III, Esq.
> Archer & Greiner, P.C.
> 300 Delaware Avenue
> Suite 1370
> Wilmington, DE  19801

PRICKETT, JONES & ELLIOTT, P.A.

By: /s/ Elizabeth M. McGeever

OF COUNSEL:

Joseph J. Fleischman
William R. Robinson
NORRIS McLAUGHLIN & MARCUS, P.A
P.O. Box 1018
Somerville, New Jersey 08876-1018
Ph: (908) 722-0700

Dated:  April 25, 2008

Elizabeth M. McGeever (#2057)
J. Clayton Athey (#4378)
1310 King Street, P.O. Box 1328
Wilmington, DE 19899-1328
emmcgeever@prickett.com
jcathey@prickett.com
Ph: (302) 888-6500
*Attorneys for Plaintiffs Innovative Patents, L.L.C., and Forcefield, LLC*

20368.1\368020v1