**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, | Civil Action No. 1:07-cv-00680-MPT |
| Plaintiffs, | |
| v. | |
| BRAIN-PAD, INC., | **Document Electronically Filed** |
| Defendant. | |

**NOTICE OF SERVICE OF DEFENDANT'S DISCOVERY ANSWERS TO PLAINTIFFS'**
**FIRST SET OF INTERROGATORIES**

PLEASE TAKE NOTICE that on May 1, 2008, a true and correct copy of Brain-Pad,

Inc.'s Discovery Answers to Plaintiffs' First Set of Interrogatories pursuant to Fed. R. Civ. P. 33,

was served via regular and electronic mail upon:

Joseph J. Fleischman, Esquire
Norris McLaughlin & Markus, PA
P.O. Box 1018
Somerville, NJ 08876
jjfleischman@nmmlaw.com

J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
JCAthey@Prickett.com

[SIGNATURE PAGE TO FOLLOW]

ARCHER & GREINER, P.C.

*/s/ Charles J. Brown, III*
Charles J. Brown, III, Esq. (DE-3368)
cbrown@archerlaw.com
300 Delaware Avenue
Suite 1370
Wilmington , DE  19801
Telephone:     (302) 777-4350
Facsimile:     (302) 777-4352

John C. Connell, Esquire
jconnell@archerlaw.com
John F. Letchford, Esquire
jletchford@archerlaw.com
Stephanie A. Gannon, Esquire
sgannon@archerlaw.com               .
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
Telephone:     (856) 795-2121
Facsimile:     (856) 795-0574

Attorneys for Defendant, Brain-Pad, Inc.

Dated: May 1, 2008

3281341v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, true and correct copies of the foregoing Notice of

Service and Defendant's Discovery Answers to Plaintiffs' First Set of Interrogatories pursuant to

Fed. R. Civ. P. 33, were served via regular and electronic mail upon:

Joseph J. Fleischman, Esquire
Norris McLaughlin & Markus, PA
P.O. Box 1018
Somerville, NJ 08876
jjfleischman@nmmlaw.com

J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
JCAthey@Prickett.com

Dated: May 1, 2008                    ARCHER & GREINER, P.C.

                                      */s/ Charles J. Brown, III*
                                      Charles J. Brown, III, Esq. (DE-3368)
                                      cbrown@archerlaw.com
                                      300 Delaware Avenue
                                      Suite 1370
                                      Wilmington , DE  19801
                                      Telephone:    (302) 777-4350
                                      Facsimile:    (302) 777-4352

                                      John C. Connell, Esquire
                                      jconnell@archerlaw.com
                                      John F. Letchford, Esquire
                                      jletchford@archerlaw.com
                                      Stephanie A. Gannon, Esquire
                                      sgannon@archerlaw.com
                                      Archer & Greiner, P.C.
                                      One Centennial Square
                                      Haddonfield, NJ 08033
                                      Telephone:    (856) 795-2121
                                      Facsimile:    (856) 795-0574
                                      *Attorneys for Defendant, Brain-Pad, Inc.*

3281341v1