**ARCHER & GREINER, P.C.**
ATTORNEYS AT LAW

**CHARLES J. BROWN III**
*Member of Delaware and Maryland Bar*

300 DELAWARE AVENUE
SUITE 1370
WILMINGTON, DE 19801
302-777-4350
FAX 302-777-4352

www.archerlaw.com

**Email Address:**
cbrown@archerlaw.com

**Direct Dial:**
(302) 356-6621

**Direct Fax:**
(302) 777-4352

May 23, 2008

The Honorable Mary Pat Thynge, U.S.M.J.
U.S. District Court of the District of Delaware
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801

RE: **Innovative Patents, L.L.C. et al. v. Brain-Pad, Inc.**
**C.A. No. 1:07-cv-00680-MPT (Del.)**
**Early Markman Hearing**

Dear Judge Thynge:

    I am writing to follow up on the above matter. Specifically, Your Honor's February 14, 2008, Scheduling Order provided for consideration of the scheduling of an early Markman hearing. Accordingly, defendant, Brain-Pad, Inc., hereby respectfully requests that an accelerated Markman hearing be scheduled as soon as possible, preferably by June 30, with discovery thereafter tailored to the issues remaining in the wake of that Markman hearing.

    Defendant believes that this request to expedite the proceedings is in the best interests of resolving this "common sense" matter. I understand that plaintiffs object to an early Markman hearing and wish to proceed with depositions at this point. Although counsel for both parties have conferred telephonically, we have not been able to reach an accommodation of defendant's aforementioned request. As such, defendant respectfully submits its request for Your Honor's consideration.

Very truly yours,

CHARLES J. BROWN III

cc: Joseph J. Fleischman, Esquire
J. Clayton Athey, Esquire
Christopher Casieri, Esquire
Mr. Joseph Manzo
John C. Connell, Esquire
John F. Letchford, Esquire

| HADDONFIELD OFFICE | PRINCETON OFFICE | FLEMINGTON OFFICE | PHILADELPHIA OFFICE | NEW YORK OFFICE |
|---|---|---|---|---|
| One Centennial Square | 700 Alexander Park | Plaza One | One South Broad Street | 2 Penn Plaza |
| Haddonfield, NJ 08083 | Suite 102 | 1 State Route 12, Suite 201 | Suite 1600 | Suite 1500 |
| P 856-795-2121 | Princeton, NJ 08540 | Flemington, NJ 08822-1722 | Philadelphia, PA 19107 | New York, NY 10121 |
| F 856-795-0574 | P 609-580-3700 | P 908-788-9700 | P 215-963-3300 | P 212-292-4988 |
| | F 609-580-0051 | F 908-788-7854 | F 215-963-9999 | F 212-629-4568 |