IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, | : : : |
| Plaintiffs, | : : |
| v. | : C. A. No. 07-680-MPT |
| BRAIN-PAD, INC., | : : : |
| Defendant. | : |

## ORDER

At Wilmington this **27th** day of **May, 2008.**

IT IS ORDERED that a teleconference has been scheduled for **Thursday, May 29, 2008 at 12:00 Noon** with Judge Thynge. **J. Clayton Athey, Esquire shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE