

ARCHER & GREINER, P.C.
ATTORNEYS AT LAW

**CHARLES J. BROWN III**
*Member of Delaware and Maryland Bar*

300 DELAWARE AVENUE
SUITE 1370
WILMINGTON, DE 19801
302-777-4350
FAX 302-777-4352

www.archerlaw.com

Email Address:
cbrown@archerlaw.com

Direct Dial:
(302) 356-6621

Direct Fax:
(302) 777-4352

May 28, 2008

The Honorable Mary Pat Thynge, U.S.M.J.
U.S. District Court of the District of Delaware
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801

>   RE: **Innovative Patents, L.L.C. et al. v. Brain-Pad, Inc.**
>   **C.A. No. 1:07-cv-00680-MPT (Del.)**
>   **Defendant's Response to May 23 Letter**

Dear Judge Thynge:

We are writing in response to plaintiffs' counsel's letter of May 23, 2008, which alleged that a deposition of Joseph Manzo is required prior to an early Markman hearing.

Not so. Such a deposition is unnecessary for interpreting the claims in this matter. We respectfully remind plaintiffs that this is a dispute over interpretation of claims relating to a headband. As Your Honor acknowledged during the mediation proceedings on May 9, 2008, claim construction in this matter turns on "common sense," and expert opinions and testimony from Joseph Manzo are not required for claim interpretation.

Furthermore, plaintiffs read the court's Scheduling Order incorrectly. Your Honor's February 14, 2008, Scheduling Order provided that dates regarding claim construction may be "adjust[ed] … as appropriate," and that the November 1, 2008, deadline for exchanging a list of terms and proposed claim construction was to apply **only** "[i]f the Court does not find that a limited earlier claim construction would be helpful in resolving this case." In fact, plaintiffs have already requested defendant's claim construction charts months before the dates set forth in Your Honor's Scheduling Order which provided for such an exchange. This action by plaintiffs underscores how unnecessary the deposition of Mr. Manzo is to the issue of claim construction.

HADDONFIELD OFFICE
One Centennial Square
Haddonfield, NJ 08083
P 856-795-2121
F 856-795-0574

PRINCETON OFFICE
700 Alexander Park
Suite 102
Princeton, NJ 08540
P 609-580-3700
F 609-580-0051

FLEMINGTON OFFICE
Plaza One
1 State Route 12, Suite 201
Flemington, NJ 08822-1722
P 908-788-9700
F 908-788-7854

PHILADELPHIA OFFICE
One South Broad Street
Suite 1600
Philadelphia, PA 19107
P 215-963-3300
F 215-963-9999

NEW YORK OFFICE
2 Penn Plaza
Suite 1500
New York, NY 10121
P 212-292-4988
F 212-629-4568

The Honorable Mary Pat Thynge, U.S.M.J.
May 28, 2008
Page 2

      This matter is ripe for claim construction now, and discovery, to the extent necessary, may proceed after an early Markman hearing.

                              Respectfully submitted,

                              CHARLES J. BROWN III (Bar No. 3368)

CJB/SAG/lsg

cc:    Joseph J. Fleischman, Esquire
       J. Clayton Athey, Esquire
       Christopher Casieri, Esquire
       Mr. Joseph Manzo
       John C. Connell, Esquire
       John F. Letchford, Esquire

3303914v1