IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, : : : Plaintiffs, : : v. : C. A. No. 07-680-MPT : BRAIN-PAD, INC., : : Defendant. : | |

## ORDER

At Wilmington this **28th** day of **May, 2008.**

IT IS ORDERED that the teleconference scheduled for Thursday, May 29, 2008 with Judge Thynge has been rescheduled to take place at **1:00 p.m. Eastern Time** instead of 12:00 Noon. **J. Clayton Athey, Esquire shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE