IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | C. A. No. 07-680-MPT |
| BRAIN-PAD, INC., | : : | |
| Defendant. | : : | |

## ORDER

At Wilmington this **29th** day of **May, 2008.**

IT IS ORDERED that a teleconference has been scheduled for **Monday, June 30, 2008 at 5:00 p.m. Eastern Time** to discuss the status of the case. **Defense counsel shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE