IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C., and FORCEFIELD, LLC,<br><br>               Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>               Defendant. | C.A. No. 07-680-MPT |

## NOTICE OF SERVICE

I, the undersigned counsel for Plaintiffs Innovative Patents, L.L.C. and Forcefield, LLC, do hereby certify on this 6th day of June, 2008, that I caused one copy of PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANT, and this NOTICE OF SERVICE to be served via hand delivery on counsel for defendants at the following address:

> Charles J. Brown, III, Esq.
> Archer & Greiner, P.C.
> 300 Delaware Avenue
> Suite 1370
> Wilmington, DE 19801

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
Elizabeth M. McGeever (#2057)
J. Clayton Athey (#4378)
1310 King Street, P.O. Box 1328
Wilmington, DE 19899-1328
emmcgeever@prickett.com
jcathey@prickett.com
Ph: (302) 888-6500
*Attorneys for Plaintiffs Innovative Patents, L.L.C., and Forcefield, LLC*

OF COUNSEL:

Joseph J. Fleischman
William R. Robinson
NORRIS McLAUGHLIN & MARCUS, P.A
P.O. Box 1018
Somerville, New Jersey 08876-1018
Ph: (908) 722-0700

Dated: June 6, 2008