**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6507
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
JCATHEY@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

June 6, 2008

<u>**VIA E-FILING**</u>

The Honorable Mary Pat Thynge, U.S.M.J.
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   Innovative Patents, L.L.C. and Forcefield, LLC v. Brain-Pad, Inc.,
      <u>Docket No. 07-cv-680-MPT</u>

Dear Judge Thynge:

On behalf of plaintiffs Innovative Patents, L.L.C. and Forcefield, LLC ("Innovative"), we write concerning the status of the plaintiffs' efforts to obtain a date for the deposition of Joseph Manzo. During the teleconference with Your Honor last Thursday, May 29, 2008, the Court ordered defendant Brain-Pad, Inc. ("Brain-Pad") to produce Mr. Manzo for a deposition in the first half of June 2008. Although the first week of June is now over, Brain-Pad still has not provided us with a date for the deposition.

Since the May 29 teleconference, Innovative has repeatedly attempted to secure dates from Brain-Pad for Mr. Manzo's deposition. Innovative contacted Brain-Pad's counsel by email on June 2, 2008, asking for dates. Brain-Pad's counsel responded that although Mr. Manzo was traveling, counsel expected to hear from him about his availability for deposition by Tuesday, June 3 or Wednesday, June 4. When Innovative received no subsequent communications from Brain-Pad, we sent follow-up correspondence to Brain-Pad's counsel on June 4, 2008 and again on June 5, 2008, but received no response.

As Brain-Pad is aware, due to previously scheduled vacations, it will be difficult for Innovative's counsel to conduct Mr. Manzo's deposition from June 23, 2008 through the middle of July. If Mr. Manzo's is not produced by June 20, 2008, his deposition will need to be pushed back past the middle of July. For the reasons discussed with Your Honor last week, this delay is unacceptable.[1]

---

[1] During the May 29 teleconference, the Court also ordered that the deposition of Innovative's principal and inventor of the patent-in-suit, Carl Abraham, also proceed promptly. Although Mr. Abraham was initially unavailable to be deposed in June due to prior commitments related to a trial in Florida, Mr. Abraham was able to rearrange his schedule and Innovative offered him for deposition on June 19, 2008. After Brain-Pad rejected that date, Mr. Abraham, at great inconvenience, rearranged his schedule again and will be available for deposition on June 20, or during the week of June 23, 2008.

20368.1\370334v1

Hon. Mary Pat Thynge
June 6, 2008
Page 2

      We wish to take Mr. Manzo's deposition before June 20, 2008. Unless Brain-Pad provides us with a pre-June 20 deposition date by close of business on Monday, June 9, 2008, we will ask Your Honor for an Order compelling Mr. Manzo to appear for deposition on a date-certain.

      Respectfully,

      J. Clayton Athey (#4378)

JCA/lak

cc:    John C. Connell, Esq. *(via Email)*
       Charles J. Brown, III, Esq. *(via Email)*
       Joseph J. Fleischman, Esq. *(via Email)*
       William R. Robinson, Esq., *(via Email)*
       Christopher S. Casieri, Esq. *(via Email)*