

ARCHER & GREINER, P.C.
ATTORNEYS AT LAW

**CHARLES J. BROWN III**
*Member of Delaware and Maryland Bar*

300 DELAWARE AVENUE
SUITE 1370
WILMINGTON, DE 19801
302-777-4350
FAX 302-777-4352

www.archerlaw.com

**Email Address:**
cbrown@archerlaw.com

**Direct Dial:**
(302) 356-6621

**Direct Fax:**
(302) 777-4352

June 9, 2008

The Honorable Mary Pat Thynge, U.S.M.J.
United State District Court
844 North King Street
Wilmington, DE 19801

> **RE:    Innovative Patents, L.L.C., and Forcefield, LLC v. Brain-Pad, Inc.**
> **Civil Action No. 07-cv-680-MPT**
> **Response to Plaintiff's June 6, 2008 Letter**

Dear Judge Thynge:

I am writing in response to the June 6, 2008 letter from J. Clayton Athey, Esquire, on behalf of plaintiffs, demanding a pre-June 20 deposition date for Joseph Manzo, relative to this matter.

### Introduction

Plaintiffs claim that Mr. Manzo's deposition was required to be conducted by June 15, and that they have "repeatedly" attempted to obtain a deposition date. Without cooperation from the defense, plaintiffs ask this court to set a date certain before June 20. In contrast to the defense's alleged dereliction, plaintiffs cite the willingness of plaintiff to appear "at great inconvenience" on June 20 or during the week of June 23. A review of the proceedings is in order.

### May 29 Teleconference with Court

During the May 29 teleconference with the court, Your Honor directed counsel to accomplish two things in June: (1) identification of disputed claims and terms; and (2) the depositions of Messrs. Manzo and Abraham. Your Honor indicated that these two depositions should occur in June, but did not specify on which dates they were to take place. Your Honor also asked the defense to limit interrogatories to 35, including subparts.

### Discovery In Progress Post-May 29

Consistent with their burden of proof, the plaintiffs have now identified the claims in dispute, though they have not yet done so as to the specific terms; once they do so, defendant

The Honorable Mary Pat Thynge, U.S.M.J.
June 9, 2008
Page 2

will respond within 10 days. Also, defendants have identified the 35 interrogatories including subparts for responsive answers by plaintiffs.

In addition, by letter dated June 3 served by email, plaintiff copied defendants on a May 29 subpoena, returnable June 5, for Isaac Green, Jr., Esquire, opposing counsel in a separate commercial action against defendant, seeking the transcripts of the depositions of the principals of Brain-Pad, Inc. Of course, plaintiffs could have requested those transcripts from defendant, but for purely tactical purposes subpoenaed them from a third-party. On June 4, plaintiff filed its notice of this subpoena to defendant, also dated June 4. By letter dated June 4 (Att. 1), defendant objected to the subpoena and the notice for multiple violations of the procedural rules, and, in order to remedy plaintiffs' error, requested 10 days for an opportunity to review the transcripts for any confidential information prior to production. Despite these violations and defendant's reasonable resolution, plaintiffs refused. (Att. 2). Finally, by email on June 6, plaintiffs issued a second set of interrogatories on defendant.

## Scheduling of Depositions

The issue of the scheduling of depositions was initially resolved, at least so defendant thought.

## Monday, June 2

Specifically, on June 2, Mr. Fleischman sent an email to Mr. Connell about scheduling the depositions, stating:

1. We still await dates for Manzo's deposition.

2. We intend to videotape Manzo's deposition.

3. Carl Abraham is unavailable for most of June. We hope to send you shortly dates for the first half of July. If his schedule changes, we will let you know.

4. We propose deposing Manzo in your office and your deposing Abraham in ours.

5. Bill Robinson and Chris Casieri both will be on vacation on 6/30/08, the date of the telephone report to the Court on the status of claim construction. In light of this, and in light of your probably not being able to depose Abraham until the first half of July, we suggest asking for an adjournment to, say, the third week of July.

(Att. 3 (emphasis added)). On that same date of June 2, Mr. Connell (*italics*) responded:

1. We still await dates for Manzo's deposition.

*Joe has been away; I expect to hear from him tomorrow* [June 3] *or Wed* [June 4].

The Honorable Mary Pat Thynge, U.S.M.J.
June 9, 2008
Page 3

2. We intend to videotape Manzo's deposition.

*Fine.*

3. Carl Abraham is unavailable for most of June. We hope to send you shortly dates for the first half of July.   If his schedule changes, we will let you know.

*We should probably advise the court, since the Judge also required Abraham's dep in June, though I have no problem with the short continuance.  We too will do a videotape of Abraham.*

4. We propose deposing Manzo in your office and your deposing Abraham in ours.

*Fine.*

5. Bill Robinson and Chris Casieri both will be on vacation on 6/30/08, the date of the telephone report to the Court on the status of claim construction.  In light of this, and in light of your probably not being able to depose Abraham until the first half of July, we suggest asking for an adjournment to, say, the third week of July.

*This works fine, inasmuch as I am on vacation from 6/30-7/12 (as think I mentioned on the teleconference).*

(Att. 4 (emphasis added)).

According to Mr. Athey's letter, there were "no subsequent communications" from defense counsel.  This is simply wrong, and can only be intended to mislead the court.  The record, accurately rendered, illustrates that counsel continued to work toward a <u>July</u> date for depositions.

Specifically, by email dated June 2, Mr. Fleischman replied:

By this email, <u>I am asking Clay Athey and Charlie Brown to confer and agree upon communicating with the court to seek the appropriate modifications.  As to Abraham's availability, I told the court on the call that I did not know Abraham's schedule</u>. Now I do.

(One slight correction.  Bill Robinson and Chris Casieri will be in the office on June 30, but that will be there first day back from a week's vacation.  The date has to be changed anyway.)

I look forward to hearing from you on dates for Manzo's deposition.

(Att. 5 (emphasis added)).

The Honorable Mary Pat Thynge, U.S.M.J.
June 9, 2008
Page 4

### Wednesday, June 4

By email dated June 4, Mr. Fleischman stated,

How are you doing on getting dates for Manzo to be deposed in the next few weeks?

<u>I do not yet have July dates for Abraham. I believe he is down south for most of this month</u>.

(Att. 6 (emphasis added)).

### Thursday, June 5

By email dated June 5, Mr. Fleischman stated,

We have not heard from you on dates for Manzo's deposition since you said on Monday that Manzo would be back on Tuesday or Wednesday. I hope we do not have to get in touch with Magistrate Thynge on this, especially after she already ordered him to appear for a deposition.

I believe we can produce Abraham on June 20. <u>If that does not work for you, I will have to get you July dates, which was what we originally believed was required</u>.

(Att. 7 (emphasis added)). Mr. Fleischman later corrected the June 20 date as June 19, a date when Mr. Connell was not available and of which Mr. Fleischman was advised. By email later on June 5, Mr. Connell also reported to Mr. Fleischman as follows:

I have now spoken with Joe Manzo at some length. His calendar is already full for the month of June, but opens considerably in July. However, as I mentioned on our teleconference with the court, I will be on vacation from 6/30-7/12. I would appreciate some "re-entry" time after my return, but following 7/16 the time right now is quite clear. Since I understand that Abraham would be free during that period, why don't we book two dates now and then reserve another date thereafter but by 7/31 to schedule the teleconference with the court? Let me know your thoughts.

(Att. 8).

At this point the tone of these amicable communications abruptly turned. By email dated June 5, Mr. Fleischman fired,

Magistrate Thynge ordered the depositions of Manzo and Abraham for June. In addition and more generally, time is moving along, and we are facing an October end date on factual discovery. We need to move this case. There is much to do.

The Honorable Mary Pat Thynge, U.S.M.J.
June 9, 2008
Page 5

Accordingly, at the price of substantial inconvenience and dislocation, we could produce Abraham on June 20 or during the week of June 23. It will work a hardship on us, but we will do it.

We must insist that Manzo appear and do so by June 20. Magistrate Thynge wanted him to appear during the first two weeks of June. He cannot be that busy that he cannot find a single day in June by and including June 20.

We do not want to go back to Magistrate Thynge on Manzo's production, but we will, if we have to do so. We are trying to work with you, but we are not prepared to lose another two months.

We also want John Letchford's deposition. Brain-Pad named him in interrogatories as having knowledge on claim construction. We want to depose him in June as well.

We are not going to interfere with your vacation. That means we have to move this case in June.

We will be getting in touch with Magistrate Thynge forthwith unless we can depose Manzo. Letchford, or both by June 20.

(Att. 9).

### **Friday, June 6**

Without awaiting further reply from the defense, on Friday, June 6 at 5:25 p.m., Mr. Athey filed with the court the letter prompting this response, demanding a pre-June 20 deposition date from defendant by Monday, June 9.

### **Argument**

This chronology shows that, as early as June 2 and continuing through June 4, plaintiffs knew and acknowledged that (1) pre-scheduled vacations would preclude depositions from June 23 to July 12, (2) Abraham was not available for the entire month of June, other than one day, but was available in July, (3) it was plaintiffs' suggestion in the first instance that the parties look to July deposition dates, and (4) counsel agreed to jointly request from the court a continuance of the teleconference from late June to late July. Thus, realistically viewed, when both counsel undertook to work out a deposition schedule on June 2, a small window of not more than 8 business days was left for setting depositions of two critical witnesses, involving not only those witnesses but also several attorneys. However, when plaintiff was advised of Mr. Manzo's unavailability for the short period open in June, plaintiff suddenly complains to the court. This is as regrettable as it is unnecessary, particularly since, while accusing defendant, plaintiffs conveniently overlook the unavailability of Abraham for all but one day in June which in turn was the reason prompting plaintiffs' request for and agreement to a short continuance. This is hardly a crisis situation causing anyone any prejudice, much less warranting formal submissions and judicial intervention, inasmuch as factual discovery concludes on October 31, or more than 4

The Honorable Mary Pat Thynge, U.S.M.J.
June 9, 2008
Page 6

months from now.  In fact, the short continuance is proximate to the next scheduled August 8 teleconference.

This is an issue that should be resolved among counsel.  Defendant has been reasonable in making a good faith effort to reach an amicable resolution with counsel in an attempt to accommodate all parties, without running to the court.  For their part, plaintiffs seem interested only in creating vacuous skirmishes that serve their own purposes, but are otherwise unrelated to the merits of this case, without extending any courtesy or accommodation to defendant.  This current tiff reflects conduct consistent with plaintiffs' refusal to allow defense counsel any opportunity to review the recently subpoenaed transcripts.  Plaintiffs simply insist on their way.

Defendant continues to believe that this latest "dispute" should be resolved between counsel.  Toward that end, we are willing to confer to resolve this issue until 12:00 noon on Tuesday, June 10, 2008.  But if thereafter the court must address this issue, defendant respectfully requests that the court see this manufactured dispute for what it is.

Thank you.

Respectfully submitted,

/S/ Charles A. Brown

CHARLES A. BROWN (No. 3368)

CAB/
Attachments
cc:    Joseph Manzo
       Clay Athey, Esquire
       Joseph J. Fleischman, Esquire
       John C. Connell, Esquire
       John Letchford, Esquire

3351894v1

**Attachment 1**



**A&G** | ARCHER & GREINER, P.C.
ATTORNEYS AT LAW

**JOHN C. CONNELL**
*Also Member of Pennsylvania Bar*

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033-0968
856-795-2121
FAX 856-795-0574

Email Address:
jconnell@archerlaw.com

Direct Dial:          Direct Fax:
(856) 354-3074       (856) 673-7074

www.archerlaw.com

June 4, 2008

<u>**VIA EMAIL AND REGULAR MAIL**</u>
Christopher Casieri, Esquire
Norris McLaughlin & Marcus, P.A.
P.O. Box 1018
Somerville, New Jersey 08876-1018

RE:     **Innovative Patents, L.L.C. et al. v. Brain-Pad, Inc.**
        **Civil Action No. 1:07-cv-00680-MPT (Del.)**
        **Subpoena of Deposition Transcripts from Isaac Green, Jr.**

Dear Mr. Casieri:

I am writing to object to the subpoena that you recently served on Isaac Green, Jr., relative to this matter.

I have received a copy of your letter dated June 3, 2008, enclosing the subpoena in question. The subpoena is returnable on June 5, 2008, and seeks compelled disclosure of "deposition transcripts" of principals of our client, Brain-Pad, Inc., but without any further identification. Presumably, the requested information relates to some separately litigated matter involving our client, yet the request is made not of our client but of a third-party, Isaac Green, Jr. In the absence of more specific identification, this request is deficient.

Further, by waiting to notify us of the subpoena until less than forty-eight (48) hours prior to the time specified for compliance, you have failed to provide reasonable notice required by Fed. R. Civ. P. 45. Rather, you are attempting to deny us the opportunity to identify and review the requested documents for any confidential commercial information which may be covered by the Stipulated Protective Order entered in this matter or barred otherwise from disclosure in accordance with Rule 45.

Also, I note that, as stated in your "Notice of Subpoena" dated June 4, 2008, the subpoena was issued to Isaac Green, Jr. on May 29, 2008. Pursuant to Fed. R. Civ. P. 45(b)(1), a notice should have been served on defendant **prior** to serving the subpoena, not several days

*PRINCETON OFFICE*
700 Alexander Park
Suite 102
Princeton, NJ 08540
P 609-580-3700
F 609-580-0051

*FLEMINGTON OFFICE*
Plaza One
1 State Route 12, Suite 201
Flemington, NJ 08822-1722
P 908-788-9700
F 908-788-7854

*PHILADELPHIA OFFICE*
One South Broad Street
Suite 1600
Philadelphia, PA 19107
P 215-963-3300
F 215-963-9999

*WILMINGTON OFFICE*
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
P 302-777-4350
F 302-777-4352

*NEW YORK OFFICE*
2 Penn Plaza
Suite 1500
New York, NY 10121
P 212-292-4988
F 212-629-4568

Christopher Casieri, Esquire
June 4, 2008
Page 2

afterward and the day before the return date of the subpoena. This additional violation of the rule only further underscores plaintiff's attempt to preclude defendant from any ability to review the documents for privilege or confidentiality. In addition, the requested information is beyond the scope of discovery as set forth in Fed. R. Civ. P. 26.

As such, we are notifying you and Mr. Green of our objection to the compelled release of such documents. In an effort to remedy your error in failing to properly notify us of the subpoena in a timely manner in compliance with the federal rules, and to resolve this without resort to further court process, by copy of this letter, we are advising Mr. Green that he should not release to plaintiff or plaintiff's counsel any such documents which may be responsive to the subpoena until those same documents have been provided by him directly to this office and we have had a reasonable opportunity to review those documents in order to protect our client's legal interests and rights. We expect to complete this document review within 10 days of the date that the documents are turned over to this office by Mr. Green. If you have any questions, please call me; likewise, if you disagree with this position, please advise me immediately so that I may arrange a teleconference with the court on short notice.

Thank you.

Very truly yours,

JOHN C. CONNELL

JCC/SAG
cc:    Isaac Green, Jr.
       Joseph Manzo
       Clay Athey, Esquire
       Joseph J. Fleischman, Esquire
       Charles J. Brown, III, Esquire
       John Letchford, Esquire

3345847v1

# Attachment 2



# Norris McLaughlin & Marcus, P.A.
### ATTORNEYS AT LAW

NJ Mailing Address:
P.O. Box 1018
Somerville, NJ 08876-1018

NJ Hand Delivery:
721 Route 202-206
Bridgewater, NJ 08807

P: (908) 722-0700
F: (908) 722-0755

NY Address:
875 Third Avenue, 18th Floor
New York, NY 10022

P: (212) 808-0700
F: (212) 808-0844

www.nmmlaw.com
E: info@nmmlaw.com

Richard A. Norris
G. Robert Marcus
William A. Dreier
Peter D. Hutcheon
Joel N. Jacobson
Richard J. Schachter*
J. Anthony Manger
Walter G. Reinhard
Victor S. Elgort
Kenneth D. Meskin
Kevin T. O'Brien
M. Karen Thompson*
Ira S. Novak
Edward C. Sponzilli*
William R. Robinson
Carl G. Weisenfeld
Theodore Margolis
James J. Shrager
Joseph J. Fleischman
Ezra N. Goodman[1]
Stephen M. Offen
John J. Eagan
James H. Laskey
Michael J. Stanton*[2]
Kurt G. Briscoe[2]
William C. Gerstenzang[1]
Bruce S. Londa[1]
Edward A. Hogan
Burt A. Solomon
Stuart J. Freedman

David R. Strickler
Robert C. Gabrielski
Patrick T. Collins
Gary N. Marks
Bruce J. Wisotsky[3]
Morris S. Bauer
Larry K. Lesnik
Michael F. Chazkel
Jerome F. Gallagher, Jr.
Douglas R. Brown
Martha N. Donovan
Charles W. Miller, III
Robert Mahoney
Nicholas P. Pellitta
John N. Vanarthos
Michael K. Ligorano
Dean M. Roberts
Frank T. Araps
Daniel R. Guadalupe
Marion K. Littman
Timothy P. McKeown
Steven A. Karg
David C. Roberts
Alison L. Galer
Andrew N. Parfomak
Rikki L. Field
Margaret R. Flood
Christa Hildebrand[1]
David T. Harmon[1]
Kathleen Cavanaugh

Jeanne Hamburg[1]
Jerry S. D'Aniello**
Jeralyn L. Lawrence**
David E. Cassidy
Scott M. Baach
Annmarie Simeone
David S. Blatteis
Haekyoung Suh
Fernando M. Pinguelo
Jeremy I. Silberman
Padraig P. Flanagan
––––––––––
Christina Boulougouris[1]
Charles A. Bruder
Theodore J. Korth
Mia D. Falls[1]
Karol S. Robinson[1]
Rachel A. Wingerter
Robert L. Schmidt
Christopher Stevenson
John A. Jakub
Patrick T. Mottola
Kerry J. Roach
Christopher S. Casieri
Jeffrey M. Casaletto
Andrea S. Glaser
Stefanie R. McNamara
Mark D. Marin
Brian C. Anscomb
Oren M. Chaplin[3]

Michael T. Reilly
Deanna L. Koestel
Kerry A. Duffy
Keith D. McDonald
Melissa A. Pena
William J. Beneduce
Jesse P. Nash
Frank A. Coppa
Keya Denner
Jignesh J. Shah
Christine D. Socha
Laurie C. Poppe
Lisa Stein-Browning
Christine L. Zurich
Erin T. Welsh
–––––––––– .
Of Counsel:
Jill Lebowitz
Serle I. Mossoff[3]
Melinda Fellner Bramwit
Michele S. Marcus
––––––––––
Certified By The
Supreme Court of
New Jersey as a
*Civil Trial Attorney
**Matrimonial Law
Attorney
1 NY Bar Only
2 MD Bar Only
3 PA Bar Only

WRITER'S DIRECT DIAL: (908) 252-4311
E-MAIL: cscasieri@nmmlaw.com

June 6, 2008

John C. Connell, Esq.
Archer & Greiner
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968

Re: Innovative Patents, L.L.C. and Forcefield LLC v. Brain-Pad, Inc.
Our Ref No.: 104058 004
<u>Docket No.: 07-CV-00680</u>

Dear Mr. Connell:

This letter is in response to your letter of June 4, 2008 regarding the subpoena issued to Isaac Green. Your objections are noted but are without merit. As an initial matter, the subpoena was directed to a non-party, Isaac Green, Jr., not to Brain-Pad or its principals. Brain-Pad has no standing to object to a subpoena served on a non-party. *Sneirson v. Chemical Bank*, 108 F.R.D. 159, 160 n.2 (D. Del. 1985) ("Ordinarily, a party has no standing to object to discovery of a nonparty.")

John C. Connell, Esq.
June 6, 2008
Page 2


        Your assertion that plaintiffs failed to comply with the notice provisions of Fed. R.
Civ. P. 45 is incorrect.  Your letter appears to erroneously conflate the concepts of
*issuance* and *service.*  The Green subpoena clearly states that it was *issued* on May
29, 2008.  It was not served on that date.  Rule 45(b)(1) requires that notice of the
subpoena be served on parties to the litigation before the subpoena is *served.*  Plaintiffs
complied with the rule.

        As to your objection that the subpoenaed documents fall outside the broad
scope of discovery provided by Rule 26, your argument is without merit.  Mr. Manzo and
Mr. Bachurski are principles of Brain-Pad.  The subpoenaed deposition transcripts
concern events that took place at or around the time of the development of the accused
product.  Moreover, your letter indicates that you do not even know the contents of the
transcripts and therefore are not in a position to evaluate their relevance.

        In an effort to resolve this, we will agree to provide you with copies of the
transcripts and we will treat the entire transcripts as Attorneys' Eyes Only in accordance
with the protective order for a period of ten (10) days thereafter while you determine
whether Brain-Pad has a good faith basis for designating any of the material as
confidential.[1]

        Finally, please let us know whether Mr. Bachurski is still a principal of Brain-Pad,
and if not, whether you will accept service on his behalf.


                        Very truly yours,

                        NORRIS, McLAUGHLIN & MARCUS, P.A.



                        CHRISTOPHER S. CASIERI


cc:     Charles J. Brown, III, Esq. (via e-mail)
        J. Clayton Athey, Esq.  (via e-mail)

---

1 Of course these transcripts reflect deposition testimony given to an opposing party in litigation and
cannot contain any privileged information as you suggest.

John C. Connell, Esq.
June 6, 2008
Page 3


bcc:   Jane Grinch, Esq.
       William R. Robinson, Esq.

**Attachment 3**

**Gannon, Stephanie A.**

| | |
|---|---|
| **From:** | jjfleischman@nmmlaw.com |
| **Sent:** | Monday, June 02, 2008 11:22 AM |
| **To:** | Connell, John |
| **Cc:** | jcathey@prickett.com; wrrobinson@nmmlaw.com; CSCASIERI@nmmlaw.com |

Dear John:

    1. We still await dates for Manzo's deposition.

    2. We intend to videotape Manzo's deposition.

    3. Carl Abraham is unavailable for most of June. We hope to  send you shortly dates for the first half of July.  If his schedule changes, we will let you know.

    4. We propose deposing Manzo in your office and your deposing Abraham in ours.

    5. Bill Robinson and Chris Casieri both will be on vacationon 6/30/08, the date of the telephone report to the Court on the status of claim construction.  In light of this, and in light of your probably not being able to depose Abraham until the first half of July, we suggest asking for an adjournment to, say, the third week of July.

Joe


Joseph J. Fleischman, Esq.
Norris, McLaughlin & Marcus, P.A.
721 Route 202/206
Bridgewater, NJ  08807
Direct Dial: 908-252-4265
Fax: 908-722-0755
Cell: 201-658-3933
Email: jjfleischman@nmmlaw.com

**********************************************************************************************
**********************
NOTICE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute it and notify the sender immediately by e-mail or by telephone at 908-722-0700 and delete the original message. Thanks. http://www.nmmlaw.com
**********************************************************************************************
**********************

**Attachment 4**

**Gannon, Stephanie A.**

| | |
|---|---|
| From: | Connell, John |
| Sent: | Monday, June 02, 2008 5:44 PM |
| To: | 'jjfleischman@nmmlaw.com' |
| Cc: | Letchford, John F.; Gannon, Stephanie A.; Brown, Charles J. |
| Subject: | RE: |

Joe: See below.   JCC.

-----Original Message-----
From: jjfleischman@nmmlaw.com [mailto:jjfleischman@nmmlaw.com]
Sent: Monday, June 02, 2008 11:22 AM
To: Connell, John
Cc: jcathey@prickett.com; wrrobinson@nmmlaw.com; CSCASIERI@nmmlaw.com
Subject:


Dear John:

        1. We still await dates for Manzo's deposition.

        Joe has been away; I expect to hear from him tomorrow or Wed.

        2. We intend to videotape Manzo's deposition.

        Fine.

        3. Carl Abraham is unavailable for most of June. We hope to send you
shortly dates for the first half of July.   If his schedule changes, we
will let you know.

        We should probably advise the court, since the Judge also required Abraham's dep in
June, though I have no problem with the short continuance.   We too will do a videotape of
Abraham.

        4. We propose deposing Manzo in your office and your deposing Abraham in ours.

        Fine.

        5. Bill Robinson and Chris Casieri both will be on vacationon 6/30/08, the date of
the telephone report to the Court on the status of claim construction.   In light of this,
and in light of your probably not being able to depose Abraham until the first half of
July, we suggest asking for an adjournment to, say, the third week of July.

        This works fine, inasmuch as I am on vacation from 6/30-7/12 (as think I mentioned
on the teleconference).

Joe


Joseph J. Fleischman, Esq.
Norris, McLaughlin & Marcus, P.A.
721 Route 202/206
Bridgewater, NJ  08807
Direct Dial: 908-252-4265
Fax: 908-722-0755
Cell: 201-658-3933
Email: jjfleischman@nmmlaw.com

********************************************************************************
***********************

1

NOTICE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute it and notify the sender immediately by e-mail or by telephone at 908-722-0700 and delete the original message. Thanks. http://www.nmmlaw.com
*****************************************************************************************
************************

**Attachment 5**

**Gannon, Stephanie A.**

| | |
|---|---|
| **From:** | jjfleischman@nmmlaw.com |
| **Sent:** | Monday, June 02, 2008 6:00 PM |
| **To:** | Connell, John |
| **Cc:** | Brown, Charles J.; Letchford, John F.; Gannon, Stephanie A.; jcathey@prickett.com; wrrobinson@nmmlaw.com; CSCASIERI@nmmlaw.com |
| **Subject:** | RE: |

Dear John:

By this email, I am asking Clay Athey and Charlie Brown to confer and agree upon communicating with the court to seek the appropriate modifications. As to Abraham's availability, I told the court on the call that I did not know Abraham's schedule. Now I do.

(One slight correction. Bill Robinson and Chris Casieri will be in the office on June 30, but that will be there first day back from a week's vacation. The date has to be changed anyway.)

I look forward to hearing from you on dates for Manzo's deposition.

Also, John Letchford was listed in Brain-Pad's answers to interrogatories as having knowledge, along with Manzo, about claim construction. Please give us dates for John. July dates, preferably before the adjourned telephone conference, are preferable.

Joe

Joseph J. Fleischman, Esq.
Norris, McLaughlin & Marcus, P.A.
721 Route 202/206
Bridgewater, NJ 08807
Direct Dial: 908-252-4265
Fax: 908-722-0755
Cell: 201-658-3933
Email: jjfleischman@nmmlaw.com


|  |  |  |
|---|---|---|
| "Connell, John" <jconnell@archer law.com> | | To |
| | <jjfleischman@nmmlaw.com> | |
| 06/02/2008 05:49 PM | | cc |
| | "Letchford, John F." <jletchford@archerlaw.com>, "Gannon, Stephanie A." <sgannon@archerlaw.com>, "Brown, Charles J." <cbrown@archerlaw.com> | |
| | | Subject |
| | RE: | |


Joe: See below. JCC.

-----Original Message-----

1

From: jjfleischman@nmmlaw.com [mailto:jjfleischman@nmmlaw.com]
Sent: Monday, June 02, 2008 11:22 AM
To: Connell, John
Cc: jcathey@prickett.com; wrrobinson@nmmlaw.com; CSCASIERI@nmmlaw.com
Subject:


Dear John:

    1. We still await dates for Manzo's deposition.

        Joe has been away; I expect to hear from him tomorrow or Wed.

    2. We intend to videotape Manzo's deposition.

        Fine.

    3. Carl Abraham is unavailable for most of June. We hope to send you shortly dates for the first half of July.  If his schedule changes, we will let you know.

        We should probably advise the court, since the Judge also required Abraham's dep in June, though I have no problem with the short continuance.  We too will do a videotape of Abraham.

    4. We propose deposing Manzo in your office and your deposing Abraham in ours.

        Fine.

    5. Bill Robinson and Chris Casieri both will be on vacationon 6/30/08, the date of the telephone report to the Court on the status of claim construction. In light of this, and in light of your probably not being able to depose Abraham until the first half of July, we suggest asking for an adjournment to, say, the third week of July.

        This works fine, inasmuch as I am on vacation from 6/30-7/12 (as think I mentioned on the teleconference).

Joe


Joseph J. Fleischman, Esq.
Norris, McLaughlin & Marcus, P.A.
721 Route 202/206
Bridgewater, NJ  08807
Direct Dial: 908-252-4265
Fax: 908-722-0755
Cell: 201-658-3933
Email: jjfleischman@nmmlaw.com

*********************************************************************
*******************************************

NOTICE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute it and notify the sender immediately by e-mail or by telephone at 908-722-0700 and delete the original message. Thanks. http://www.nmmlaw.com
*********************************************************************
*******************************************


IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of

(i) voiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

For more information about Archer & Greiner, P.C., visit our web site at www.archerlaw.com.

*********************************************************************************************
************************

NOTICE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute it and notify the sender immediately by e-mail or by telephone at 908-722-0700 and delete the original message. Thanks.
*********************************************************************************************
************************

**Attachment 6**

**Gannon, Stephanie A.**

| | |
|---|---|
| **From:** | jjfleischman@nmmlaw.com |
| **Sent:** | Wednesday, June 04, 2008 5:12 PM |
| **To:** | Connell, John |
| **Cc:** | jcathey@prickett.com; wrrobinson@nmmlaw.com; CSCASIERI@nmmlaw.com |

Dear John:

    How are you doing on getting dates for Manzo to be deposed in the next few weeks?

    I do not yet have July dates for Abraham. I believe he is down south for most of this month.

Joe


Joseph J. Fleischman, Esq.
Norris, McLaughlin & Marcus, P.A.
721 Route 202/206
Bridgewater, NJ  08807
Direct Dial: 908-252-4265
Fax: 908-722-0755
Cell: 201-658-3933
Email: jjfleischman@nmmlaw.com

**********************************************************************************************************

NOTICE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute it and notify the sender immediately by e-mail or by telephone at 908-722-0700 and delete the original message. Thanks. http://www.nmmlaw.com
**********************************************************************************************************

**Attachment 7**

## Gannon, Stephanie A.

**From:** jjfleischman@nmmlaw.com
**Sent:** Thursday, June 05, 2008 4:58 PM
**To:** Connell, John
**Cc:** wrrobinson@nmmlaw.com; CSCASIERI@nmmlaw.com; jcathey@prickett.com

Dear John:

We have not heard from you on dates for Manzo's deposition since you said on Monday that Manzo would be back on Tuesday or Wednesday.  I hope we do not have to get in touch with Magistrate Thynge on this, especially after she already ordered him to appear for a deposition.

I believe we can produce Abraham on June 20.  If that does not work for you, I will have to get you July dates, which was what we originally believed was required.

Joe

Joseph J. Fleischman, Esq.
Norris, McLaughlin & Marcus, P.A.
721 Route 202/206
Bridgewater, NJ  08807
Direct Dial: 908-252-4265
Fax: 908-722-0755
Cell: 201-658-3933
Email: jjfleischman@nmmlaw.com
"NOTICE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute it and notify the sender immediately by e-mail or by telephone at 908-722-0700 and delete the original message. Thanks."
http://www.nmmlaw.com

**Attachment 8**

**Gannon, Stephanie A.**

| | |
|---|---|
| **From:** | Connell, John |
| **Sent:** | Thursday, June 05, 2008 5:09 PM |
| **To:** | 'jjfleischman@nmmlaw.com' |
| **Subject:** | RE: |

**Importance:**     High

Joe:  I have now spoken with Joe Manzo at some length.  His calendar is already full for the month of June, but opens considerably in July.  However, as I mentioned on our teleconference with the court, I will be on vacation from 6/30-7/12.  I would appreciate some "re-entry" time after my return, but following 7/16 the time right now is quite clear.  Since I understand that Abraham would be free during that period, why don't we book two dates now and then reserve another date thereafter but by 7/31 to schedule the teleconference with the court?  Let me know your thoughts.  JCC.

-----Original Message-----
From: jjfleischman@nmmlaw.com [mailto:jjfleischman@nmmlaw.com]
Sent: Wednesday, June 04, 2008 5:12 PM
To: Connell, John
Cc: jcathey@prickett.com; wrrobinson@nmmlaw.com; CSCASIERI@nmmlaw.com
Subject:


Dear John:

     How are you doing on getting dates for Manzo to be deposed in the next few weeks?

     I do not yet have July dates for Abraham. I believe he is down south for most of this month.

Joe


Joseph J. Fleischman, Esq.
Norris, McLaughlin & Marcus, P.A.
721 Route 202/206
Bridgewater, NJ  08807
Direct Dial: 908-252-4265
Fax: 908-722-0755
Cell: 201-658-3933
Email: jjfleischman@nmmlaw.com

****************************************************************************************
***********************

NOTICE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute it and notify the sender immediately by e-mail or by telephone at 908-722-0700 and delete the original message. Thanks. http://www.nmmlaw.com
****************************************************************************************
***********************

**Attachment 9**

## Gannon, Stephanie A.

**From:** jjfleischman@nmmlaw.com
**Sent:** Thursday, June 05, 2008 6:03 PM
**To:** Connell, John
**Cc:** Letchford, John F.; Gannon, Stephanie A.; Brown, Charles J.; jclayathey@prickett.com; wrrobinson@nmmlaw.com; CSCASIERI@nmmlaw.com

**Subject:** RE:

Dear John:

Magistrate Thynge ordered the depositions of Manzo and Abraham for June. In addition and more generally, time is moving along, and we are facing an October end date on factual discovery. We need to move this case. There is much to do.

Accordingly, at the price of substantial inconvenience and dislocation, we could produce Abraham on June 20 or during the week of June 23. It will work a hardship on us, but we will do it.

We must insist that Manzo appear and do so by June 20. Magistrate Thynge wanted him to appear during the first two weeks of June. He cannot be that busy that he cannot find a single day in June by and including June 20.

We do not want to go back to Magistrate Thynge on Manzo's production, but we will, if we have to do so. We are trying to work with you, but we are not prepared to lose another two months.

We also want John Letchford's deposition. Brain-Pad named him in interrogatories as having knowledge on claim construction. We want to depose him in June as well.

We are not going to interfere with your vacation. That means we have to move this case in June.

We will be getting in touch with Magistrate Thynge forthwith unless we can depose Manzo. Letchford, or both by June 20.


Joe



Joseph J. Fleischman, Esq.
Norris, McLaughlin & Marcus, P.A.
721 Route 202/206
Bridgewater, NJ 08807
Direct Dial: 908-252-4265
Fax: 908-722-0755
Cell: 201-658-3933
Email: jjfleischman@nmmlaw.com

-----"Connell, John" <jconnell@archerlaw.com> wrote: -----

To: <jjfleischman@nmmlaw.com>
From: "Connell, John" <jconnell@archerlaw.com>
Date: 06/05/2008 05:11PM

cc: "Letchford, John F." <jletchford@archerlaw.com>, "Gannon, Stephanie A."
<sgannon@archerlaw.com>, "Brown, Charles J." <cbrown@archerlaw.com>
Subject: RE:

Joe:  I was just replying to your first e/m.  In addition to what I said there, I am not available on
6/19.  Let me know if July works.  JCC.

> -----Original Message-----
> **From:** jjfleischman@nmmlaw.com [mailto:jjfleischman@nmmlaw.com]
> **Sent:** Thursday, June 05, 2008 5:05 PM
> **Cc:** Connell, John; wrrobinson@nmmlaw.com; CSCASIERI@nmmlaw.com; jcathey@prickett.com
> **Subject:** Re:
>
> Correction: June 19, 2008
>
> Joseph J. Fleischman, Esq.
> Norris, McLaughlin & Marcus, P.A.
> 721 Route 202/206
> Bridgewater, NJ  08807
> Direct Dial: 908-252-4265
> Fax: 908-722-0755
> Cell: 201-658-3933
> Email:  jjfleischman@nmmlaw.com
>
> -----Joseph FLEISCHMAN/NMM wrote: -----
>
> To: jconnell@archerlaw.com
> From: Joseph FLEISCHMAN/NMM
> Date: 06/05/2008 04:58PM
> cc: wrrobinson@nmmlaw.com, Christopher S CASIERI/NMM@NMM, jcathey@prickett.com
> Subject:
>
> Dear John:
> We have not heard from you on dates for Manzo's deposition since you said on Monday
> that Manzo would be back on Tuesday or Wednesday.  I hope we do not have to get in
> touch with Magistrate Thynge on this, especially after she already ordered him to appear
> for a deposition.
> I believe we can produce Abraham on June 20.  If that does not work for you, I will have
> to get you July dates, which was what we originally believed was required.
> Joe
>
>
>
> Joseph J. Fleischman, Esq.
> Norris, McLaughlin & Marcus, P.A.
> 721 Route 202/206
> Bridgewater, NJ  08807
> Direct Dial: 908-252-4265
> Fax: 908-722-0755
> Cell: 201-658-3933
> Email:  jjfleischman@nmmlaw.com
> "NOTICE: This e-mail is intended only for the use of the individual or entity to which it is

addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute it and notify the sender immediately by e-mail or by telephone at 908-722-0700 and delete the original message. Thanks."
http://www.nmmlaw.com

"NOTICE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute it and notify the sender immediately by e-mail or by telephone at 908-722-0700 and delete the original message. Thanks."
http://www.nmmlaw.com

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) voiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

For more information about Archer & Greiner, P.C., visit our web site at www.archerlaw.com .

'NOTICE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable aw. If you have received this communication in error, please do not distribute it and notify the sender immediately by e-mail or by telephone at 908-722-0700 and delete the original message. Thanks."
http://www.nmmlaw.com

6/9/2008