## PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION

**1310 KING STREET, BOX 1328**
WILMINGTON, DELAWARE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6507
Writer's Telecopy Number:
(302)658-8111
Writer's E-Mail Address:
JCATHEY@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

June 9, 2008

**VIA E-FILING**

The Honorable Mary Pat Thynge, U.S.M.J.
United States District Court
844 N. King Street
Wilmington, DE 19801

  Re: Innovative Patents, L.L.C. and Forcefield, LLC v. Brain-Pad, Inc.,
    <u>Docket No. 07-cv-680-MPT</u>

Dear Judge Thynge:

  We write to clarify briefly two issues raised by defendant's counsel's letter to the Court of earlier today:

  1. Defendant's letter quotes a series of communications concerning the scheduling of the Abraham deposition. These communications are not relevant to the issue of when Mr. Manzo will be made available for deposition. We have offered June dates for Mr. Abraham's deposition and are awaiting June dates from defendant.

  2. Plaintiffs' June 6 letter to the Court stated erroneously that plaintiffs received no response from defendant after Innovative's June 4 and June 5 communications requesting dates for Mr. Manzo's deposition. Defendant's counsel did send an email late in the day on June 5, the text of which appears at Attachment 8 to defendant's counsel's June 9 letter submission.[1] In that communication, defendant represented that Mr. Manzo was unavailable for deposition during the entire month of June. That communication also stated that because of defendant's counsel's vacation schedule, Mr. Manzo's deposition should proceed sometime after July 16, 2008. This delay is inconsistent with the schedule ordered by the Court during the May 29 teleconference and is unacceptable to plaintiffs.

  It is with no little reluctance that plaintiffs' counsel raised this scheduling issue with the Court on Friday afternoon. We did so only after trying and failing to get prompt deposition dates from Brain-Pad's counsel. Today, plaintiffs' counsel initiated the call to chambers to schedule a follow-up call to the May 29, 2008 teleconference only after we once more conferred with

---

[1] Defendant's counsel's suggestion that plaintiffs' counsel "intended to mislead the court" about defendant's failure to respond to plaintiffs' requests to schedule Mr. Manzo's deposition is entirely inaccurate. We regret the misstatement, but it does not change the fact that defendant has continued to refuse to provide prompt dates for Mr. Manzo's deposition as the Court ordered.

20368.1\370334v1

Hon. Mary Pat Thynge
June 9, 2008
Page 2

defendant's counsel by telephone and were advised that defendant would not make Mr. Manzo available prior to June 20.

We are not certain why, given the clarity of the Court's May 29 Order that Mr. Manzo's deposition proceed promptly, 11 days later defendants have failed to offer any June dates. Defendant's lack of cooperation has compelled us to seek the Court's further assistance.

We are available at the call of the Court to answer any questions Your Honor may have.

Respectfully,

J. Clayton Athey (#4378)

JCA/lak

cc: John C. Connell, Esq. *(via Email)*
Charles J. Brown, III, Esq. *(via Email)*
Joseph J. Fleischman, Esq. *(via Email)*
William R. Robinson, Esq., *(via Email)*
Christopher S. Casieri, Esq. *(via Email)*