IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, | : : : |
| Plaintiffs, | : : |
| v. | :   C. A. No. 07-680-MPT |
| BRAIN-PAD, INC., | : : : |
| Defendant. | : |

## ORDER

At Wilmington this **10th** day of **June, 2008**.

The court having reviewed the uninvited letters of counsel filed inconsistent with the scheduling order,

IT IS ORDERED that:

1. For any discovery related matter, counsel shall follow the requirements of the scheduling order. That means, in the future, any letters filed inconsistent with the scheduling order shall be ignored by the court and subject the offending counsel to sanctions *sua sponte*.

2. Consistent with the court's ruling during the teleconference of May 29, 2008, Messrs. Abraham and Manzo's deposition were to be scheduled for the first half of June, *if possible*. The intent of the court's ruling was to have both depositions done as soon as possible, preferably in June. Counsel are required to emphasize to their clients to make themselves available during June for deposition, if reasonably possible. Suggested dates for the two depositions are June 20 and the week of June 23.

      3.  In light of the difficulties in scheduling Messrs. Abraham and Manzo's depositions and the possibility that those depositions will not be completed until July, the teleconference for June 30 is canceled.  A status teleconference is scheduled for July 29, 2008 at 5:30 p.m. Eastern time to be initiated by plaintiffs' counsel.  At a minimum, the court expects that the depositions of Messrs. Abraham and Manzo to have been taken by that date, as well as, counsel having discussed among themselves which claims are at issue, and the terms within the claims that are disputed.

    /s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE