# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC,<br><br>                    Plaintiffs,<br><br>    v.<br><br>BRAIN-PAD, INC.,<br><br>                    Defendant. | Civil Action No. 1:07-cv-00680-MPT |

## NOTICE AND CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE THAT on June 6, 2008, a true and correct copy of a letter requesting responses to specific interrogatories was served via certified mail upon:

Joseph J. Fleischman, Esquire
Norris McLaughlin & Markus, PA
P.O. Box 1018
Somerville, NJ 08876
jjfleischman@nmmlaw.com

|  |  |
|---|---|
|  | ARCHER & GREINER, P.C. |
|  |  */s/ Charles J. Brown, III*  |
| Dated: June 10, 2008 | Charles J. Brown, III, Esq. (DE-3368)<br>cbrown@archerlaw.com<br>300 Delaware Ave., Suite 1370<br>Wilmington, DE 19801<br>Telephone: (302) 777-4350<br>Facsimile: (302) 777-4352<br>*Attorneys for Defendant, Brain-Pad, Inc.* |

3357338v1