IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>Defendant. | Civil Action No. 1:07-cv-00680-MPT<br><br>**Document Filed Electronically** |

**NOTICE OF SERVICE OF DEFENDANT'S ANSWERS TO PLAINTIFFS' SECOND SET OF INTERROGATORIES**

Please take notice that on the 7th day of July 2008, Defendant did serve its answer to Plaintiffs' Second Set of Interrogatories upon the following individuals at their last known addresses, via United States mail, postage prepaid and electronic mail:

J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
JCAthey@Prickett.com

Joseph J. Fleischman, Esquire
Norris McLaughlin & Marcus, P.A.
P.O. Box 1018
Somerville, NJ 08876-1018
jjfleischman@nmmlaw.com

ARCHER & GREINER, P.C.

*/s/ Charles J. Brown, III*
Charles J. Brown, III, Esq. (DE-3368)
cbrown@archerlaw.com
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801
Telephone:     (302) 777-4350
Facsimile:      (302) 777-4352

John C. Connell, Esquire
jconnell@archerlaw.com
John F. Letchford, Esquire
jletchford@archerlaw.com
Stephanie A. Gannon, Esquire
sgannon@archerlaw.com
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
Telephone:     (856) 795-2121
Facsimile:      (856) 795-0574

*Attorneys for Defendant, Brain-Pad, Inc.*

Dated: July 7, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>Defendant. | Civil Action No. 1:07-cv-00680-MPT<br><br><br><br>**Document Filed Electronically** |

**CERTIFICATE OF SERVICE OF DEFENDANT'S ANSWERS TO PLAINTIFFS' SECOND SET OF INTERROGATORIES**

I hereby certify that on July 7, 2008, I caused **Defendant's Answers to Plaintiffs' Second Set of Interrogatories** pursuant to Fed. R. Civ. P. 33, to be served upon the following individuals at their last known addresses, via United States mail, postage prepaid and electronic mail:

J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
JCAthey@Prickett.com


Joseph J. Fleischman, Esquire
Norris McLaughlin & Marcus, P.A.
P.O. Box 1018
Somerville, NJ 08876-1018
jjfleischman@nmmlaw.com


[SIGNATURE PAGE TO FOLLOW]

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

ARCHER & GREINER, P.C.

*/s/ Charles J. Brown, III*
Charles J. Brown, III, Esq. (DE-3368)
cbrown@archerlaw.com
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
Telephone: (302) 777-4350
Facsimile: (302) 777-4352

John C. Connell, Esquire
jconnell@archerlaw.com
John F. Letchford, Esquire
jletchford@archerlaw.com
Stephanie A. Gannon, Esquire
sgannon@archerlaw.com
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
Telephone: (856) 795-2121
Facsimile: (856) 795-0574
*Attorneys for Defendant, Brain-Pad, Inc.*

Dated: July 7, 2008

3406165v1