IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C., and FORCEFIELD, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>    Defendant. | C.A. No. 07-680-MPT |

## NOTICE OF SERVICE

I, the undersigned counsel for Plaintiffs Innovative Patents, L.L.C. and Forcefield, LLC, do hereby certify on this 9th day of July, 2008, that I caused one copy of PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFFS, and this NOTICE OF SERVICE to be served via hand delivery on counsel for defendants at the following address:

    Charles J. Brown, III, Esq.
    Archer & Greiner, P.C.
    300 Delaware Avenue
    Suite 1370
    Wilmington, DE 19801

            PRICKETT, JONES & ELLIOTT, P.A.

            By: _____
OF COUNSEL:          Elizabeth M. McGeever (#2057)
            J. Clayton Athey (#4378)
Joseph J. Fleischman      1310 King Street, P.O. Box 1328
William R. Robinson       Wilmington, DE 19899-1328
Christopher S. Casieri      emmcgeever@prickett.com
NORRIS McLAUGHLIN & MARCUS, P.A jcathey@prickett.com
P.O. Box 1018          Ph: (302) 888-6500
Somerville, New Jersey 08876-1018  *Attorneys for Plaintiffs Innovative Patents,*
Ph: (908) 722-0700        *L.L.C., and Forcefield, LLC*

Dated: July 9, 2008

20368.1\371487v1