IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>Defendant. | Civil Action No. 1:07-cv-00680-MPT<br><br>**Document Filed Electronically** |

**NOTICE OF SERVICE OF DEFENDANT'S SUPPLEMENTAL DISCOVERY ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

I hereby certify that on July 17, 2008, I caused the following document: **Defendant's Supplemental Discovery Answers to Plaintiffs' First Set of Interrogatories** pursuant to Fed. R. Civ. P. 33, to be served upon the following individuals at their last known addresses, via United States mail, postage prepaid and electronic mail:

J. Clayton Athey , Esquire
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
JCAthey@Prickett.com


Christopher Casieri, Esquire
Norris McLaughlin & Marcus, P.A.
P.O. Box 1018
Somerville, NJ 08876-1018
jjfleischman@nmmlaw.com


[SIGNATURE PAGE TO FOLLOW]

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                        ARCHER & GREINER, P.C.

                        */s/ Charles J. Brown, III*
                        Charles J. Brown, III, Esq. (DE-3368)
                        cbrown@archerlaw.com
                        300 Delaware Avenue
                        Suite 1370
                        Wilmington, DE  19801
                        Telephone:   (302) 777-4350
                        Facsimile:    (302) 777-4352

                        John C. Connell, Esquire
                        jconnell@archerlaw.com
                        John F. Letchford, Esquire
                        jletchford@archerlaw.com
                        Stephanie A. Gannon, Esquire
                        sgannon@archerlaw.com
                        Archer & Greiner, P.C.
                        One Centennial Square
                        Haddonfield, NJ 08033
                        Telephone:   (856) 795-2121
                        Facsimile:    (856) 795-0574
                        *Attorneys for Defendant, Brain-Pad, Inc.*

Dated: July 23, 2008

3429391v1