IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>Defendant. | Civil Action No. 07-680 |

**DEFENDANT'S NOTICE OF DEPOSITION OF PLAINTIFF
FORCEFIELD, LLC UNDER FED. R. CIV. P. 30(b)(6)**

TO:  J. Clayton Athey, Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and Rule 30.1 of the Local Rules of Civil Practice and Procedure for the District of Delaware, Defendant Brain-Pad, Inc. will take the deposition upon oral examination of ForceField, LLC ("ForceField").

ForceField shall designate one or more officers, directors, managing agents, or other persons to testify on its behalf on each of the topics set forth in the attached Schedule A.

The deposition will be taken before a qualified notary public or before some other officer authorized by law to administer oaths. The deposition will be recorded by stenographic and videographic means, and will continue from day to day until completed.

Said deposition upon oral examination will be conducted on August 15, 2008, at 1:00 p.m. at the offices of Norris McLaughlin & Marcus, P.A., 721 Route 202-206, Bridgewater, NJ 08807.

**PLEASE TAKE FURTHER NOTICE** that you are invited to attend and cross-examine.

Dated: July 30, 2008

ARCHER & GREINER, P.C.

*/s/ Charles J. Brown, III*
Charles J. Brown, III, Esq. (DE-3368)
cbrown@archerlaw.com
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
Telephone:   (302) 777-4350
Facsimile:   (302) 777-4352
And
John C. Connell, Esquire
jconnell@archerlaw.com
John F. Letchford, Esquire
jletchford@archerlaw.com
Stephanie A. Gannon, Esquire
sgannon@archerlaw.com
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
Telephone:   (856) 795-2121
Facsimile:   (856) 795-0574

Attorneys for Defendant, Brain-Pad, Inc.

## **SCHEDULE A**

## **DEFINITIONS AND INSTRUCTIONS**

As used herein, the following terms shall have the following meanings:

1. "Plaintiffs" refers to Innovative Patents, L.L.C. and/or Forcefield, LLC, their officers, directors, agents, servants, employees, attorneys, persons/entities acting on their behalf, and/or businesses owned or controlled by them.

2. "Action" refers to the case <u>Innovative Patents, L.L.C. and Forcefield, LLC v. Brain-Pad, Inc.</u>, Civil Action No. 1:07-cv-00680, currently pending in the District of Delaware.

3. "ForceField" refers to ForceField, LLC and its officers, directors, employees, representatives, agents, parents, subsidiaries, affiliates, predecessors or successors in interest, related entities, and all other persons or entities acting for or on their behalf.

4. "The '174 Patent" refers to United States Patent No. 7,234,174.

5. "ForceField headband" refers to the ForceField sweatbands, or any similar or associated product manufactured, used, sold or marketed by or on behalf of Plaintiffs, including any licensee, franchisee, or other person having the authority to make, use or sell any ForceField product. The ForceField headband shall be construed to include any prototype or precursor product developed, tested, test marketed, sold, or provided by or on behalf of Plaintiffs.

6. The conjunctions "and" and "or" shall each be interpreted in every instance as meaning "and/or," and shall not be interpreted disjunctively to exclude any information otherwise within the scope of any description of documents made herein.

7. The singular shall be construed to include the plural, and vice versa, to make the request inclusive rather than exclusive.

8. The past tense shall be construed to include the present tense, and vice versa, to make the request inclusive rather than exclusive.

## DESCRIPTION OF MATTERS ON WHICH EXAMINATION IS REQUESTED

1. Any parent corporations, subsidiaries, divisions or entities associated with or related to ForceField.

2. Ownership, shareholders, directors, and employees of ForceField from formation until the present.

3. Business development, sales and marketing of ForceField.

4. The development, manufacture, testing, commercialization, marketing, pricing, and sales of the ForceField headband.

5. The sales and profits of the ForceField headband from introduction into public commerce through the present.

6. Patent licensing agreements or assignments of headbands or sweatbands.

7. Plaintiffs' answers to Defendant's interrogatories.

8. Each process, device or apparatus (by manufacturer, product name, model number and date of availability) marketed, publicly available or publicly used between 1990 and the present that Plaintiffs contend would infringe on the '174 patent.

9. All customers, other than the retail end user customers, of the ForceField headband.

10. Whether an action has ever been filed against a party, other than Brain-Pad, Inc., in which Plaintiffs have alleged that the '174 Patent has been infringed.

11. Whether Plaintiffs have sent out any notices of infringement to any individual or entity, other than to Brain-Pad, Inc., within the five (5) year period immediately prior to the filing of this Action.

12. The basis for Plaintiffs' claim of damages.

3449071v1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>Defendant. | Civil Action No. 1:07-cv-00680-MPT |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of Defendant's Notice of Deposition of Plaintiff ForceField, LLC Under Fed. R. Civ. P. 30(b)(6) to be served via CM/ECF and First Class U.S. Mail upon:

Joseph J. Fleischman, Esquire
Norris McLaughlin & Markus, PA
P.O. Box 1018
Somerville, NJ 08876
jjfleischman@nmmlaw.com

J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
JCAthey@Prickett.com

                                ARCHER & GREINER, P.C.

                                */s/ Charles J. Brown, III*
                                Charles J. Brown, III, Esq. (DE-3368)
                                cbrown@archerlaw.com
                                300 Delaware Avenue
                                Suite 1370
                                Wilmington, DE 19801
                                Telephone:    (302) 777-4350
                                Facsimile:    (302) 777-4352

                                John C. Connell, Esquire
                                jconnell@archerlaw.com
                                John F. Letchford, Esquire
                                jletchford@archerlaw.com
                                Stephanie A. Gannon, Esquire
                                sgannon@archerlaw.com .
                                Archer & Greiner, P.C.
                                One Centennial Square
                                Haddonfield, NJ 08033
                                Telephone:    (856) 795-2121
                                Facsimile:    (856) 795-0574

                                *Attorneys for Defendant, Brain-Pad, Inc.*

Dated: July 30, 2008