IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BRAIN-PAD, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 07-680-MPT ) ) ) ) ) |

### ORDER AMENDING FEBRUARY 14, 2008 SCHEDULING ORDER

IT IS HEREBY ORDERED, this 31st day of July, 2008, that the Court's Scheduling Order of February 14, 2008 (D.I. 37) (the "Scheduling Order") is amended as follows:

1. Current Paragraph 3(d) of the Scheduling Order is deleted in its entirety and replaced with the following:

> d. <u>Disclosure of Expert Testimony</u>. For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony by service of expert report is due on or before October 1, 2008. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party by service of expert report is due on or before November 1, 2008. Along with the service of the expert reports, the parties shall advise of the dates and times of their experts' availability for deposition, which shall be completed on or before November 21, 2008.
>
> To the extent any objection to expert testimony is made pursuant to the principles announced in <u>Daubert v. Merrell Dow Pharm., Inc.</u>, 509 U.S. 579 (1993), as incorporated in Federal Rule of Evidence 702, it shall be made by motion no later than the deadline for dispositive motions set forth herein, unless otherwise ordered by the Court.

2. The parties need not submit a joint interim status report on August 6, 2008 as contemplated by Paragraph 6 of the Scheduling Order.

20368.1\375710v1

3.  The telephonic status conference previously scheduled for August 13, 2008, as provided in Paragraph 7 of the Scheduling Order, is cancelled and shall instead be held on October 16, 2008 at 5:00 p.m. Defendant's counsel shall initiate the telephone call.

_____
United States Magistrate Judge