IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-680-MPT<br>)<br>)<br>)<br>)<br>) |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS
INNOVATIVE PATENTS, L.L.C. AND FORCEFIELD, LLC**

Pursuant to Local Rule 83.7, the law firms of Prickett, Jones & Elliott, P.A. ("Prickett Jones") and Norris McLaughlin & Marcus, P.A. ("Norris McLaughlin") hereby move the Court for an Order permitting Prickett Jones and Norris McLaughlin to withdraw as counsel for plaintiffs Innovative Patents, L.L.C. and Forcefield, LLC (together, "Innovative") in the above-captioned action. The grounds for this motion are as follows:

1.      Prickett Jones and Norris McLaughlin filed the instant action on behalf of Innovative on October 29, 2007 seeking injunctive relief and damages related to defendant's infringement of certain of Innovative's patent rights. Pursuant to an engagement letter dated December 12, 2007, Prickett Jones was to serve as Delaware local counsel, working with the Bridgewater, New Jersey office of Norris McLaughlin, Innovative's lead counsel. Several Norris McLaughlin attorneys have been admitted *pro hac vice* in this matter including Joseph J. Fleischman, William R. Robinson and Christopher S. Casieri.

2.      Prickett Jones and Norris McLaughlin now seek leave of the Court to withdraw as counsel for Innovative for two reasons. First, Innovative has failed to provide counsel with

20368.1\378503v1

cooperation or funding for the retention of experts, whose reports are due on October 1, 2008 pursuant to the Court's July 31, 2008 Order Amending February 14, 2008 Scheduling Order (D.I. 80). Second, Innovative owes both law firms substantial amounts of money for their services. Prickett Jones has not received any payment since April 28, 2008. Norris McLaughlin has not received any payment since May 12, 2008.

3.      Notwithstanding the substantial time counsel, and particularly Joseph Fleischman, have spent talking with Innovative about the need to retain experts, Innovative has failed to cooperate. Innovative at first represented that it would arrange for counsel to meet with one or more experts that it believed would be appropriate. When that did not happen, counsel began to identify and interview potential experts. Mr. Fleischman advised Innovative of (1) the meetings with potential experts, (2) the need for Innovative to provide funds to retain experts and to agree to pay such experts' future bills, and (3) the need to make prompt decisions in light of the October 1, 2008 deadline. Despite counsel's repeated discussions with Innovative and requests for Innovative's cooperation, Innovative has neither authorized the retention of any experts nor agreed to provide funding for such experts. Innovative's failure to cooperate has left Prickett Jones and Norris McLaughlin in a position where they cannot properly discharge their professional obligations to Innovative or to the Court.

4.      Innovative has also failed substantially to fulfill its financial obligations to counsel regarding Prickett Jones' and Norris McLaughlin's services. Innovative owes Norris McLaughlin $308,517.17 on outstanding invoices for the months of March through August 2008. Norris McLaughlin has not received any payment from Innovative since May 2008. In addition, Norris McLaughlin's work-in-process (for August time) amounts to approximately $33,303.50,

and court reporter invoices for videotaped depositions, among other out-of-pocket expenses, are currently owed.

5. Innovative owes Prickett Jones $12,607.01 on outstanding invoices from the months of May through August 2008. Prickett has not received any payment from Innovative since April 2008. In addition, Prickett Jones' work-in-process (for August time) and expenses for the month amount to approximately $91.60.

6. Counsel have had numerous discussions with Innovative about the need for it to pay its outstanding legal bills and the consequences of its failure to do so. Prickett Jones and Norris McLaughlin advised Innovative that counsel would withdraw if Innovative did not meet its financial obligations to the firms. Since counsel initiated these discussions, neither Norris McLaughlin nor Prickett Jones has received any payment, and Innovative has not provided any plan or schedule to address its obligations to pay outstanding, current, or future legal bills.

7. Norris McLaughlin and Prickett Jones make this motion in accordance with the provisions of Rule 1.16(b)(5), (b)(6) and (b)(7) of the ABA Model Rules of Professional Conduct and the identical provisions of the Delaware Lawyers' Rules of Professional Conduct. Counsel have advised Innovative of their intent to withdraw and have recommend that Innovative retain new counsel. Counsel have further advised Innovative that business entities are not permitted to represent themselves before this Court and that if the Court grants the instant motion, this action may be dismissed unless new counsel are retained to appear on Innovative's behalf. A copy of this motion is being sent to Innovative concurrently with its filing.

WHEREFORE, for the foregoing reasons, Prickett Jones and Norris McLaughlin respectfully request that the Court grant their Motion to Withdraw and enter the form of Order filed herewith.

|  | PRICKETT, JONES & ELLIOTT, P.A. |
|---|---|
| Dated: August 27, 2008 | By: _____<br>Elizabeth M. McGeever (#2057)<br>J. Clayton Athey (#4378)<br>1310 King Street, P.O. Box 1328<br>Wilmington, DE 19899-1328<br>(302) 888-6500<br>emmcgeever@prickett.com<br>jcathey@prickett.com<br>*Attorneys for Plaintiffs Innovative Patents,*<br>*L.L.C. and Forcefield, LLC* |

*Of Counsel:*

Joseph J. Fleischman
NORRIS MCLAUGHLIN & MARCUS, P.A.
721 Route 202/206
Bridgewater, NJ  08807
(908) 722-0700
jjfleischman@nmmlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-680-MPT<br>)<br>)<br>)<br>)<br>)<br>) |

## RULE 7.1.1 CERTIFICATION OF COUNSEL

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, the undersigned hereby certifies that he conferred with counsel for defendant and that defendant does not oppose Prickett, Jones & Elliott, P.A.'s and Norris McLaughlin & Marcus, P.A.'s Motion to Withdraw As Counsel for Plaintiffs Innovative Patents, L.L.C. and Forcefield, LLC.

                          PRICKETT, JONES & ELLIOTT, P.A.

Dated: August 27, 2008

                       By: _____
                         Elizabeth M. McGeever (#2057)
                         J. Clayton Athey (#4378)
                         1310 King Street, P.O. Box 1328
                         Wilmington, DE 19899-1328
*Of Counsel:*                 (302) 888-6500
                         emmcgeever@prickett.com
Joseph J. Fleischman            jcathey@prickett.com
NORRIS MCLAUGHLIN & MARCUS, P.A. *Attorneys for Plaintiffs Innovative Patents,*
721 Route 202/206             *L.L.C. and Forcefield, LLC*
Bridgewater, NJ 08807
(908) 722-0700
jjfleischman@nmmlaw.com

20368.1\378503v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>BRAIN-PAD, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-680-MPT<br>)<br>)<br>)<br>)<br>) |

## ORDER

IT IS HEREBY ORDERED this ____ day of _____, 2008, the Court having considered the motion of Prickett, Jones & Elliott, P.A., and Norris McLaughlin & Marcus, P.A., to withdraw as counsel for plaintiffs Innovative Patents, L.L.C. and Forcefield, LLC, that the Motion to Withdraw is GRANTED. Prickett, Jones & Elliott, P.A., and Norris McLaughlin & Marcus, P.A., are permitted to withdraw from representation of plaintiffs Innovative Patents, L.L.C. and Forcefield, LLC immediately.

                                                                                                _____
                                                                                           United States Magistrate Judge

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 27th day of August, 2008, I caused a copy of the foregoing (1) **Motion to Withdraw as Counsel for Plaintiffs Innovative Patents, L.L.C. and Forcefield, LLC, (2) Order for Motion to Withdraw as Counsel for Plaintiffs Innovative Patents, L.L.C. and Forcefield, LLC, and (3) Rule 7.1.1 Certification of Counsel,** to be served upon the following individuals as noted below:

### Via CM/ECF

Charles J. Brown, III
Archer & Greiner, P.C.
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801

### Via First Class Mail

Dr. Carl J. Abraham
Scientific Advisory Services, Ltd.
3 Baker Hill Road
Great Neck, NY  11023

Larry Moskowitz
259 Harbor Road
Cold Spring Harbor, NY  11724

Jane Grinch, Esq.
Cowen & Grinch
1 University Plaza,
Hackensack, NJ  07601

/s/ J. Clayton Athey
J. Clayton Athey (DE Bar #4378)

20368.1\378532v1