## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    C. A. No. 07-680-MPT <br> : |
| BRAIN-PAD, INC., | : <br> : |
| Defendant. | : |

## **ORDER**

At Wilmington this **28th** day of **August, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, September 4, 2008 at 4:00 p.m.** with Judge Thynge to discuss counsel for plaintiffs' motion to withdraw [D.I. 82]. Plaintiffs' counsel shall provide plaintiffs with a copy of this Order, and shall provide the Court with a copy of that notice. **J. Clayton Athey, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE