# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION

**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6507
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
JCATHEY@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

August 28, 2008

**VIA E-FILING**

The Honorable Mary Pat Thynge, U.S.M.J.
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    Innovative Patents, L.L.C. and Forcefield, LLC v. Brain-Pad, Inc.,
             Docket No. 07-cv-680-MPT

Dear Judge Thynge:

    Pursuant to Your Honor's Order of August 28, 2008 (D.I. 83, the "August 28 Order"), I attach hereto a copy of correspondence from me to the principals of Innovative Patents, L.L.C. and Forcefield, LLC transmitting the August 28 Order. Although that correspondence also attached dial-in instructions for connecting to the September 4, 2008 teleconference, because the letter is being docketed and will be part of the public record, I have omitted the dial-in instructions from this filing. As the August 28 Order directed, a teleconference operator will dial chambers on September 4 at 4:00 p.m. to connect Your Honor to the teleconference.

    Counsel stand ready to confer with Your Honor at the call of the Court.

                        Respectfully yours,

                        J. Clayton Athey (#4378)

JCA/lak
cc:    Clerk of Court *(via Efiling)*
       Charles J. Brown, III, Esq. *(via Efiling)*
       Joseph J. Fleishman, Esq. *(via Efiling)*

20368.1\378657v1

**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6507
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
JCATHEY@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

August 28, 2008

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

Dr. Carl J. Abraham
Scientific Advisory Services, Ltd.
3 Baker Hill Road
Great Neck, NY 11023

Jane Grinch, Esq.
Cowen & Grinch
1 University Plaza,
Hackensack, NJ 07601

Mr. Larry Moskowitz
259 Harbor Road
Cold Spring Harbor, NY 11724

     **RE:**   *Innovative Patents L.L.C., et al. v. Brain-Pad, Inc.,*
            D. Del., C.A. No. 07-680-MPT

Dear Messrs. Abraham and Moskowitz and Ms. Grinch:

    Judge Thynge issued an Order today scheduling a teleconference for Thursday, September 4, 2008 at 4:00 p.m. EDT to discuss the Motion to Withdraw that Prickett, Jones & Elliott, P.A., and Norris McLaughlin & Marcus, P.A., filed in the above-referenced matter yesterday. A copy of that motion was sent to you by e-mail and by regular mail. I have attached a copy of the Court's Order hereto. Also, I enclose a telephone number and access code, together with dial-in instructions, which will allow you to connect to the teleconference.

    Consistent with the Order, this letter will be provided to the Court and will appear on the case docket.

    Please feel free to contact me with any questions.

                                         Sincerely yours,

                                         J. Clayton Athey

JCA/lak

cc:    Joseph J. Fleischman, Esquire (via e-mail)

20368.1\378654v1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : : | C. A. No. 07-680-MPT |
| BRAIN-PAD, INC., | : : : | |
| Defendant. | : | |

### ORDER

At Wilmington this **28th** day of **August, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, September 4, 2008 at 4:00 p.m.** with Judge Thynge to discuss counsel for plaintiffs' motion to withdraw [D.I. 82]. Plaintiffs' counsel shall provide plaintiffs with a copy of this Order, and shall provide the Court with a copy of that notice. **J. Clayton Athey, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE