IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INNOVATIVE PATENTS, L.L.C. and FORCEFIELD, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-680-MPT |
| BRAIN-PAD, INC., | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

IT IS HEREBY ORDERED this 4 day of September, 2008, the Court having considered the motion of Prickett, Jones & Elliott, P.A., and Norris McLaughlin & Marcus, P.A., to withdraw as counsel for plaintiffs Innovative Patents, L.L.C. and Forcefield, LLC, that the Motion to Withdraw is GRANTED. Prickett, Jones & Elliott, P.A., and Norris McLaughlin & Marcus, P.A., are permitted to withdraw from representation of plaintiffs Innovative Patents, L.L.C. and Forcefield, LLC immediately.

_____
United States Magistrate Judge