UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE
------------------------------------------------------------------X
INNOVATIVE PATENTS, LLC.,
FORCEFIELD, LLC.,

                        Plaintiffs,            **NOTICE OF MOTION**

       -against-

BRAIN PAD, INC.,                          Index No. 07-CV-680
                                                                   (MPT)

                        Defendant.
------------------------------------------------------------------X

        **TO DEFENDANT AND ITS ATTORNEY OF RECORD:.**

        **PLEASE TAKE NOTICE THAT**, on _____, or as soon thereafter as the matter may be heard, Plaintiffs FORCEFIELD, LLC. and INNOVATIVE PATENTS, LLC. will and hereby does move this Court for Summary Judgment that Defendant BRAIN PAD, INC. has infringed all of the asserted claims of Plaintiffs' patent by the sale, offer for sale, distribution, and/or manufacture of the accused products.

        This Motion is based on this Notice of Motion and the accompanying Memorandum of Law, Declaration of Todd Wengrovsky with exhibits thereto, the files and records in this case, and such other and further information as may be presented prior to or at any hearing on this Motion.

Dated:  February 3, 2010                    Respectfully submitted,
         Wilmington, Delaware
                      :                           /s/ Jeffrey K. Martin
                                                   Jeffrey K. Martin
                                                   1508 Pennsylvania Ave
                                                    Wilmington, DE 19806
                                                    Tel (302) 777-4681
                                                    Fax (302) 777-5803
                                                    *Attorney for Plaintiff*

OF COUNSEL:                                    /s/ Todd Wengrovsky
                                               Todd Wengrovsky
                                               Law Offices of
                                               Todd Wengrovsky, PLLC.
                                               285 Southfield Road, Box 585
                                               Calverton, NY 11933
                                               Tel (631) 727-3400
                                               Fax (631) 727-3401
                                               *Attorney for Plaintiff Pro Hac Vice*

To:  Stephanie A. Gannon, Esq.
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
Tel (856) 354-3069
Fax (856) 673-7069
*Attorney for Defendant*